**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of PLAINTIFF'S REPLY SEPARATE STATEMENT OF UNDISPUTED MATERIAL FACTS RE: PLAINTIFF'S AMENDED MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST DEFENDANT GREAT NORTHERN INSURANCE COMPANY PERTAINING TO THE AMOUNT AND CAUSE OF THE THAS LOSS and supporting exhibits were filed with the Court on Monday, April 10, 2023, and sent via Electronic Mail and/or the CM/ECF System upon the following registered PACER and CM/ECF users/attorneys for the below listed named defendants:

Amy M. Samberg, Esquire
Edward C. Denby, Esquire
Justin Hepworth, Esquire
Clyde&Co
999 18th Street, Suite 1765N
Denver, CO 80202
Email: Amy.Samberg@clydeco.us
Email: Edward.Denby@clydeco.us
Email: Justin.Hepworth@clydeco.us
Attorneys for Defendants Chubb Group Holdings, Inc.; Chubb INA Holdings, Inc.; Federal Insurance Company; Great Northern Insurance Company;
Steve W. Mortensen and Matthew Witcher

AND

John M. Palmeri, Esquire
Abigail Hope Perkins, Esq.
Gordon Rees Scully Mansukhani LLP
555 Seventeenth Street, Suite 3400
Denver, CO 80202
Email: jpalmeri@grsm.com
Email: aperkins@grsm.com
Attorneys for Defendants Celia Santana and Dale Krupowicz and PRMS

BY: ___***s/Mark Jay Krum***___
Mark Jay Krum