**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| **MARK JAY KRUM**<br>**Plaintiff,**<br>**v.**<br><br>**CHUBB LIMITED;**<br><br>**AND**<br><br>**GREAT NORTHERN INSURANCE COMPANY;**<br><br>**AND**<br><br>**CELIA SANTANA;**<br><br>**AND**<br><br>**DALE KRUPOWICZ;**<br><br>**AND**<br><br>**PERSONAL RISK MANAGEMENT SOLUTIONS, LLC,**<br><br>**Defendants.** | **CASE NO.: 1:20-cv-03616-RM-GPG**<br><br>**PLAINTIFF'S REPLY OPPOSITION EXHIBITS IN SUPPORT OF HIS MOTION FOR PARTIAL SJ** |

**PLAINTIFF'S REPLY IN SUPPORT OF HIS AMENDED MOTION FOR PARITAL SUMMARY JUDGMENT AGAINST DEFENDANT GREAT NORTHERN INSURANCE COMPANY REGARDING THE AMOUNT AND CAUSE OF THE THAS LOSS**

**REPLY EXHIBIT NO. 29**

**From:** **MARK KRUM** markjaykrum@aol.com
**Subject:** Re: Krum Residence / Mark Jay Krum-Great Northern Insurance Claim 047519042569 / Insured Request and Demand for Activation of Policy Appraisals Provision and for Clarification on Chubb Policy Provisions / THAS Umpire
**Date:** July 1, 2020 at 8:27 PM
**To:** Magnotta, Steven J smagnotta@chubb.com
**Cc:** Dye Crickett Priscilla cricketdesign@bellsouth.net, US Property Claims uspropertyclaims@Chubb.com, krupowiczd@theprmspromise.com KrupowiczD@Theprmspromise.com, santanac@theprmspromise.com SantanaC@Theprmspromise.com, ejk88@georgetown.edu, Hamilton, James W jhamilton@chubb.com, Witcher, Matthew matthew.witcher@chubb.com, Mortensen, Steve W smortensen@chubb.com, Le, Tommy V tvle@chubb.com, mike@frankentek.com, Pierce Tony tonyp@servproofsummit.com, Kirkpatrick Tom Tkirkpatrick@contentsconsulting.com, Franken J. marc@frankentek.com

---

Steven J. Magnotta
Executive General Adjuster, Property
Chubb North American Claims

Steven:

Pursuant to our recent telephone conversations this confirms that Chubb has designated Mr. Tom Kirkpatrick of Contents Consulting LLC as its designated appraiser for my THAS claims. Mr. Pavluk has advised me that he proposes the following three (3) neutral THAS firms to serve as the umpire:

HomeTronics
17819 Davenport Road, Suite 210
Dallas, TX 75252
(972) 490-1090

Roberts Home Audio and Video
1611 South La Cienega Blvd.
Los Angeles, CA 90035
(310) 276-3955

Mr. Daniel Stern
Aurum
3002 Walnut Street
Denver, CO 80205
(303) 558-9050

Please have Mr. Tom Kirkpatrick promptly contact Mr. Michael Pavluk directly at Frankentek (609-780-6434) so that they can timely attempt to agree on an umpire (a disinterested and competent third THAS appraiser) to resolve our differences in accordance with the Policy.

Thank you.