**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| **MARK JAY KRUM**<br>**Plaintiff,**<br>**v.**<br><br>**CHUBB LIMITED;**<br><br>**AND**<br><br>**GREAT NORTHERN INSURANCE COMPANY;**<br><br>**AND**<br><br>**CELIA SANTANA;**<br><br>**AND**<br><br>**DALE KRUPOWICZ;**<br><br>**AND**<br><br>**PERSONAL RISK MANAGEMENT SOLUTIONS, LLC,**<br><br>**Defendants.** | **CASE NO.: 1:20-cv-03616-RM-GPG**<br><br>**PLAINTIFF'S REPLY OPPOSITION EXHIBITS IN SUPPORT OF HIS MOTION FOR PARTIAL SJ** |

**PLAINTIFF'S REPLY IN SUPPORT OF HIS AMENDED MOTION FOR PARITAL SUMMARY JUDGMENT AGAINST DEFENDANT GREAT NORTHERN INSURANCE COMPANY REGARDING THE AMOUNT AND CAUSE OF THE THAS LOSS**

**REPLY EXHIBIT NO. 30**

**From:** **Magnotta, Steven J** smagnotta@chubb.com
**Subject:** RE: Re: [EXTERNAL] Krum Residence / Mark Jay Krum-Great Northern Insurance claim 047519042569 / Insured Request to Return CAT AMPLIFIER REMOVED FROM PROPERTY ON MAY 18
**Date:** July 1, 2020 at 6:09 AM
**To:** MARK KRUM markjaykrum@aol.com
**Cc:** Dye Crickett Priscilla CricketDesign@Bellsouth.net, Hajjam Arash Arash.Hajjam@EnvistaForensics.com, US Property Claims uspropertyclaims@Chubb.com

MS

Arash has confirmed it will be shipped via FEDEX the week of July 20.

Thanks

CHUBB

**Steven J. Magnotta**
Executive General Adjuster, AVP - North America Property Claims

600 Independence Parkway, Chesapeake, VA 23327-4700, USA
Phone: M **609-752-2522**
E smagnotta@chubb.com

*Welcome to Chubb Claims. Life is about to get easier.*

I strive to take care of all issues and questions directly with you. If you need to speak with my manager, Jim Hamilton, you can reach him at 724-494-4603 or via E Mail jhamilton@chubb.com

---

**From:** MARK KRUM [mailto:markjaykrum@aol.com]
**Sent:** Tuesday, June 30, 2020 9:00 PM
**To:** Magnotta, Steven J <smagnotta@chubb.com>
**Cc:** Dye Crickett Priscilla <CricketDesign@Bellsouth.net>; mike@frankentek.com; Hajjam Arash <Arash.Hajjam@EnvistaForensics.com>; ejk88@georgetown.edu; US Property Claims <uspropertyclaims@Chubb.com>; Pierce Tony <tonyp@servproofsummit.com>; Krum Mark Jay <markjaykrum@aol.com>
**Subject:** [EXTERNAL] Re: Krum Residence / Mark Jay Krum-Great Northern Insurance claim 047519042569 / Insured Request to Return CAT AMPLIFIER REMOVED FROM PROPERTY ON MAY 18
**Importance:** High

Steven:

Would you and/or Dr. Hajjam please confirm that I will receive the CAT Amp at my Beaver Creek home sometime during the week of Monday July 20th through Friday, July 24th.

Thank you.

Mark

Mark Jay Krum