**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| **MARK JAY KRUM**<br>**Plaintiff,**<br>**v.**<br><br>**CHUBB LIMITED;**<br><br>**AND**<br><br>**GREAT NORTHERN INSURANCE COMPANY;**<br><br>**AND**<br><br>**CELIA SANTANA;**<br><br>**AND**<br><br>**DALE KRUPOWICZ;**<br><br>**AND**<br><br>**PERSONAL RISK MANAGEMENT SOLUTIONS, LLC,**<br><br>**Defendants.** | **CASE NO.: 1:20-cv-03616-RM-GPG**<br><br>**PLAINTIFF'S REPLY OPPOSITION <u>EXHIBITS</u> IN SUPPORT OF HIS MOTION FOR PARTIAL SJ** |

**PLAINTIFF'S REPLY IN SUPPORT OF HIS AMENDED MOTION FOR PARITAL SUMMARY JUDGMENT AGAINST DEFENDANT GREAT NORTHERN INSURANCE COMPANY REGARDING THE AMOUNT AND CAUSE OF THE THAS LOSS**

**REPLY EXHIBIT NO. 32**

*Curriculum Vitae for*

# Craig R Rice, PE, IAAI-CFI, NAFI-CFEI, CVFI

GOLDEN FORENSICS, LLC

Mr. Rice has over 15 years as a Forensic Engineer and has been involved in over 1,000 investigations both in electrical and mechanical systems. Mr. Rice is a registered Professional Engineer in 12 states. He is a Certified Fire Investigator, through the International Association of Arson Investigators, and a Certified Fire and Explosion Investigator, as well as a Certified Vehicle Fire Investigator through the National Association of Fire Investigators. Mr. Rice has worked in the mining, heavy equipment, and industrial equipment industries.

## Sampling of Subjects Investigated

Electrical/mechanical appliances; HVAC; heat cables; propane and natural gas systems; industrial, commercial, marine, vehicle, and residential electrical and mechanical systems; hazardous-location equipment; electric motors, generators, and transformers; electrical switches/relays; PLC and relay control systems; neon signs; lighting equipment, lightning damage to equipment; plumbing systems; personal injury; and electrical-equipment arcing failures.

## Employment History

| | |
|---|---|
| 2019-Present | Golden Forensics, LLC, Arvada, Colorado, CEO & Principal Engineer |
| 2017-2019 | Konecranes, Denver, Colorado, Field Service Technician |
| 2007-2017 | CASE Forensics, Englewood, Colorado, Principal, Electrical Engineer |
| 2004-2007 | Phoenix Laboratory and Engineering Services, Forensic Engineer |
| 2001-2004 | Euclid-Hitachi Heavy Equipment, Cleveland, Ohio, Customer Support Manager |
| 2000-2001 | SEA Limited, Lawrenceville, Georgia, Forensic Engineer |
| 1998-2000 | Siemens/Westinghouse, Alpharetta, Georgia, Field/Commissioning Engineer |

## Education

Bachelor of Science Electrical Engineering, Rose-Hulman Institute of Technology, 1998

## Professional Affiliations

International Association of Arson Investigators (International and State)

National Association of Fire Investigators

National Fire Protection Association

## Certifications/Registrations

Certified Fire Investigator, (IAAI-CFI), Certificate #:41-031906

Certified Fire and Explosion Investigator and Vehicle, (CFEI) Registration #:7699-4500V

National Engineering Registration (NCEES)

Professional Engineer, Alaska, E-14715

Professional Engineer, Arizona, 54172

Professional Engineer, California, 21534

Professional Engineer, Colorado, 38951

Professional Engineer, Louisiana, 0040104

Professional Engineer, Montana, 17161

Private Investigator, Montana, 8163

Private Investigator, Nevada, 1627

Professional Engineer, Nebraska, E-11544

Professional Engineer, Nevada, 022160

Professional Engineer, New Mexico, 17214

Professional Engineer, Oklahoma, 28127

Professional Engineer, Utah, 5957342-2202

Professional Engineer, Wyoming, 10599

## Speaking Engagements

*Wildland Ignition Causes*. CASE Forensics, Denver, CO. 2016, May.

*Water Damage to Electrical & Mechanical Equipment*. CASE Forensics Denver, CO. 2016, May.

*Electrical and Heating Appliance Fires*. Alaska IAAI Annual Training Conference, Fairbanks AK. 2015, April.

*Electrical Fires and Myths*. CASE Studies Denver, CO. 2014, January.

*Hot Wires*. Nevada IAAI, Las Vegas, NV. 2012, July.

*Increasing Efficiency in Investigations*. MWFB Insurance, Laramie, WY. 2012, March.

*Ethics and the Engineer*. Wyoming Claims, Cheyenne, WY. 2011, May.

*Exhaust Fan Fires*. Co-Presenter, IAAI ATC Conference, Cheyenne, WY. 2011, May.

*Was It Lightning?* RMASIU Conference, Englewood, CO. 2011, May.

*Ethics and the Expert*. Wyoming Claims Association Conference, Cheyenne, WY. 2011, May.

*Crash and Burn: Burn Investigations*. CASE Forensics, Denver, CO. 2010, September.

*Crash and Burn: Light Bulb Analysis*. CASE Forensics. 2009, November.

*Crash Day: Light Bulb Analysis*. Oregon Chapter of the International Association of Special Investigations Unit, Portland, OR. 2009, June.

*Evidence Preservation, The Adjuster's Role*. RMASIU, Englewood, CO. 2008, January.

*Electrical Fires 101*. Phoenix Investigations, 1-Day Seminar, Arvada, CO. 2007, September.

*Basic Fire Scene Electricity*. Colorado Chapter of I.A.A.I., Littleton, CO. 2004, December.

## Continuing Education

- Crane and Hoist Regulations, 2019
- Fire Safety, 2019
- Ladder Safety, 2019
- Hazard Communication Safety Course, 2018
- MSHA refresher, 2019
- Elevated Aerial Platform Safety Training, 2018
- Digital Point of Work Risk Assessment, 2018
- PACE Distracted Driving, 2018
- Bloodborne Pathogens Safety Training, 2018
- PPE Safety Training, 2018
- Hearing Conservation Safety Training, 2018
- Lock Out Tag Out Try Out LOTOTO Safety Training, 2018
- Rigging Basics Course, 2018
- Crane Operator Course, 2018
- VFD Technologies, 2018
- PACE Rear End Collision Safety Training, 2018
- Confined Space Awareness, 2018
- Heat Stress, 2018
- PACE Backing Safety, 2018
- Mobile Elevating Work Platform, 2018
- Electrical Safety, 2018
- Hazard Identification training, 2018
- Hoist Maintenance, 2018
- Fall Protection Safety, 2018
- Hand Safety, 2018
- Incident Reporting, 2018
- Ergonomics, 2018
- Basic Crane Repair, 2018
- Automated Defibrillator – AED, 2017
- Aerial Work Platform Practical, 2017
- Arc Flash Safety Training, 2017
- Electrical Safety, 2017
- Fire Prevention, 2017
- Fatigue Awareness, 2017
- OSHA 10, 2017
- Machine Guarding, 2017
- Safety with Hand & Powered Tools, 2017
- Slips & Trips Hazards, 2017
- *Asbestos Awareness Training*, 2016
- *Basic Electricity*, CFITrainer.Net, 2015
- *Arc Mapping Basics*, CFITrainer.net, 2015
- *Expert Challenges and the Revised NFPA 1033*, Cozen O'Connor, 2014
- *24HR HAZWOPER*, 2014
- *Hazard Communication*, 2014
- *Lead Standard for Construction*, 2014
- *Asbestos Awareness Training*, 2014

- *Ethics & Social Media*, CFITrainer.net, 2014
- *Applying Ethics and Happiness to Engineering*, 2014
- *Fundamentals of Arctic Engineering*, University of Alaska, 2014
- *Vacant and Abandoned Buildings: Hazards and Solutions*, CFITrainer.net, 2012
- *Electrical Safety*, CFITrainer.net, 2012
- *Understanding Fire Through the Candle Experiments*, CFITrainer.net, 2012
- *Fire Protection Systems*, CFITrainer.net, 2012
- *Explosion Dynamics*, CFITrainer.net, 2012
- *Fall Protection*, Alpha Safety, 2012
- *More Engineering Ethics Cases*, Thomas Mason, PE, 2010
- *Fire and Explosion Investigations: Utilizing NFPA 1033 and 921*, CFItrainer.net, 2010
- *The HAZWOPER Standard*, CFItrainer.net, 2010
- *Vehicle Fire, Arson & Explosion Investigation Science & Technology Seminar*, NAFI, 2009
- *Introduction to Fire Dynamics and Modeling*, CFITrainer.net, 2009
- *Chimney Safety & Inspection*, Rocky Mountain Thermocrete, February 12, 2009
- *Digital Photography and the Fire Investigator*, CFITrainer.net, 2008
- *The Scientific Method for Fire and Explosion Investigation*, CFITrainer.net, 2008
- *MagneTek: A Case Study In The Daubert Challenge*, CFITrainer.net, 2008
- *Electrical Investigations Arc Mapping Update*, IAAI Annual Training Conference, May 2008
- *Critical Thinking Solves Cases*, CFITrainer.net, 2007
- *Introduction to Evidence*, CFITrainer.net, 2007
- *Ethics and the Fire Investigator*, CFITrainer.net, 2007
- *Investigating Motor Vehicle Fires*, CFITrainer.net, 2007
- *Insurance and the Fire Investigation*, CFITrainer.net, 2007
- *Electrical Fires 102*, Vytenis Babrauskas, 2006
- *Wild Land Fire Investigations* by Phoenix Investigations, 2006
- *Commercial Kitchen Exhaust System Fire Investigations* by Phil Ackland & Assoc, 2006
- *Denver Law Day Seminar* by DCA, 2004, 2006
- *National Electric Code*, NFPA, 2005
- *Investigations of Gas and Electric Appliance Fires*, Fire Findings Laboratories, 2004
- *Expert Witness Courtroom Testimony*, I.A.A.I., 2004
- *Mine Safety Training Certification* (MSHA, Australia, South Africa, Colombia), 1998 to 2003
- *Lightning 101 Seminar*, Dranetz BMI, 2001
- *Ohio Arson School Seminar*, 2000
- *Motor Maintenance*, Siemens, 1999
- *AC Master Drive and DC Drive* by Siemens, 1998
- *Programmable Controller Seminars*, Germany, 1998