**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| **MARK JAY KRUM**<br>**Plaintiff,**<br>**v.**<br><br>**CHUBB LIMITED;**<br><br>**AND**<br><br>**GREAT NORTHERN INSURANCE COMPANY;**<br><br>**AND**<br><br>**CELIA SANTANA;**<br><br>**AND**<br><br>**DALE KRUPOWICZ;**<br><br>**AND**<br><br>**PERSONAL RISK MANAGEMENT SOLUTIONS, LLC,**<br><br>**Defendants.** | **CASE NO.: 1:20-cv-03616-RM-GPG**<br><br>**PLAINTIFF'S REPLY OPPOSITION EXHIBITS IN SUPPORT OF HIS MOTION FOR PARTIAL SJ** |

**PLAINTIFF'S REPLY IN SUPPORT OF HIS AMENDED MOTION FOR PARITAL SUMMARY JUDGMENT AGAINST DEFENDANT GREAT NORTHERN INSURANCE COMPANY REGARDING THE AMOUNT AND CAUSE OF THE THAS LOSS**

**REPLY EXHIBIT NO. 33**

**From:** Tom Kirkpatrick
**Sent:** Thursday, August 20, 2020 3:15 PM
**To:** 'Mike Pavluk | Frankentek' <Mike@frankentek.com>
**Subject:** RE: Krum Residence / Mark Jay Krum-Great Northern Insurance Claim 047519042569 / Insured Request and Demand for Activation of Policy Appraisals Provision and for Clarification on Chubb Policy Provisions / THAS Umpire

Mr. Pavluck

I selected Mr. Rice based on his qualifications as an electrical engineer. I previously advised you that I did not consult with Chubb prior to nominating Mr. Rice, so in response to your question, no, I was not instructed by Chubb to nominate him.

Although you do not specifically state you reject Mr. Rice, I will take you comment that in your opinion "It certainly appears to me that Mr. Rice does not possess the required knowledge in the specific area of our dispute" to effectively be a rejection of Mr. Rice as the umpire. I disagree with your opinion but acknowledge your right to reject Mr. Rice.

In regard to your nominees, after consideration, I reject the three individuals you have put forth to be the umpire.

I would like to nominate Linda McGowan as appraisal umpire. Bio attached. In the alternative, I nominate the Honorable James Miller of JAMS Denver. His bio can be found on this link: https://jamsdenver.com/neutral/hon-james-s-miller/

If these candidates are not acceptable to you, I recommend that we proceed to have the Court appoint an umpire pursuant to the Policy's appraisal provision. I would be happy to arrange the filing of the necessary papers to have the court make the appointment if you wish.

The proposed parameters of the appraisal were recently outlined in Mr. Magnotta's email of August 18, 2020 to Mr. Krum

TOM KIRKPATRICK

FOUNDER & CEO I FLORIDA

+1 413 374 4455 | TKIRKPATRICK@CONTENTSCONSULTING.COM