**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| **MARK JAY KRUM**<br>**Plaintiff,**<br>**v.**<br><br>**CHUBB LIMITED;**<br><br>**AND**<br><br>**GREAT NORTHERN INSURANCE COMPANY;**<br><br>**AND**<br><br>**CELIA SANTANA;**<br><br>**AND**<br><br>**DALE KRUPOWICZ;**<br><br>**AND**<br><br>**PERSONAL RISK MANAGEMENT SOLUTIONS, LLC,**<br><br>**Defendants.** | **CASE NO.: 1:20-cv-03616-RM-GPG**<br><br>**PLAINTIFF'S REPLY OPPOSITION EXHIBITS IN SUPPORT OF HIS MOTION FOR PARTIAL SJ** |

**PLAINTIFF'S REPLY IN SUPPORT OF HIS AMENDED MOTION FOR PARITAL SUMMARY JUDGMENT AGAINST DEFENDANT GREAT NORTHERN INSURANCE COMPANY REGARDING THE AMOUNT AND CAUSE OF THE THAS LOSS**

**REPLY EXHIBIT NO. 34A**

**File Note Title:**Reports - 1 of 4 Loss Assessment for THAS
**Create Date:**6/15/2020 3:27 PM
**Author:**KICHARA ROBINSON
**File Note Text:**
File Note Created By: Kichara Robinson
Date File Note Created: 6/15/2020 3:27:16 PM
Date Email Received From Sender: 6/12/2020 1:27:27 PM
Email Sent From: smagnotta@chubb.com
Email Sent To: MARK KRUM
Email Copied To: Dye Crickett Priscilla; US Property Claims
Subject: Krum Residence / Mark Jay Krum-Great Northern Insurance claim 047519042569

Attached is our Loss Assessment for THAS including the Envista Report, and Contents Consulting Report for $128,165. We found items on the Frankentek Inventory which were duplicate items included in New Electric Estimate and already included on our contents assessment (see attached Duplicate PDF.)

Attached is our updated SOL.

Thanks

<http://www.chubb.com/common/images/CHUBB_Logo_DarkBlue.png>

Steven J. Magnotta
Executive General Adjuster, AVP - North America Property Claims

600 Independence Parkway, Chesapeake, VA 23327-4700, USA
Phone: M 609-752-2522

E smagnotta@chubb.com <mailto:smagnotta@chubb.com>

Welcome to Chubb Claims. Life is about to get easier. <https://www2.chubb.com/us-en/claims/>

I strive to take care of all issues and questions directly with you. If you need to speak with my manager, Jim Hamilton, you can reach him at 724-494-4603 or via E Mail jhamilton@chubb.com

---