**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| **MARK JAY KRUM**<br>**Plaintiff,**<br>**v.**<br><br>**CHUBB LIMITED;**<br><br>**AND**<br><br>**GREAT NORTHERN INSURANCE COMPANY;**<br><br>**AND**<br><br>**CELIA SANTANA;**<br><br>**AND**<br><br>**DALE KRUPOWICZ;**<br><br>**AND**<br><br>**PERSONAL RISK MANAGEMENT SOLUTIONS, LLC,**<br><br>**Defendants.** | **CASE NO.: 1:20-cv-03616-RM-GPG**<br><br>**PLAINTIFF'S REPLY OPPOSITION EXHIBITS IN SUPPORT OF HIS MOTION FOR PARTIAL SJ** |

**PLAINTIFF'S REPLY IN SUPPORT OF HIS AMENDED MOTION FOR PARITAL SUMMARY JUDGMENT AGAINST DEFENDANT GREAT NORTHERN INSURANCE COMPANY REGARDING THE AMOUNT AND CAUSE OF THE THAS LOSS**

**REPLY EXHIBIT NO. 34B**

**From:** **Magnotta, Steven J** smagnotta@chubb.com
**Subject:** Krum Residence / Mark Jay Krum-Great Northern Insurance claim 047519042569
**Date:** June 12, 2020 at 1:27 PM
**To:** MARK KRUM markjaykrum@aol.com
**Cc:** Dye Crickett Priscilla cricketdesign@bellsouth.net, US Property Claims uspropertyclaims@Chubb.com

MS

Attached is our Loss Assessment for THAS including the Envista Report, and Contents Consulting Report for **$128,165**. We found items on the Frankentek Inventory which were duplicate items included in New Electric Estimate and already included on our contents assessment (see attached Duplicate PDF.)

Attached is our updated SOL.

Thanks

CHUBB

**Steven J. Magnotta**
Executive General Adjuster, AVP - North America Property Claims

600 Independence Parkway, Chesapeake, VA 23327-4700, USA
Phone: M **609-752-2522**
E smagnotta@chubb.com

*Welcome to Chubb Claims. Life is about to get easier.*

I strive to take care of all issues and questions directly with you. If you need to speak with my manager, Jim Hamilton, you can reach him at 724-494-4603 or via E Mail jhamilton@chubb.com

This email (including any attachments) is intended for the designated recipient(s) only, and may be confidential, non-public, proprietary, and/or protected by the attorney-client or other privilege. Unauthorized reading, distribution, copying or other use of this communication is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) should not be deemed a waiver of any privilege or protection. If you are not the intended recipient or if you believe that you have received this email in error, please notify the sender immediately and delete all copies from your computer system without reading, saving, printing, forwarding or using it in any manner. Although it has been checked for viruses and other malicious software ("malware"), we do not warrant, represent or guarantee in any way that this communication is free of malware or potentially damaging defects. All liability for any actual or alleged loss, damage, or injury arising out of or resulting in any way from the receipt, opening or use of this email is expressly disclaimed.

PDF 06.10.20 DRAFT OF AV...OR.pdf

PDF 06.10.20 DUPLI...MS.pdf

PDF Krum Envista THAS...Rpt.pdf

PDF Krum SOL 6-6-2020.pdf

EXHIBIT: 25
WIT: Kirkpatrick
DATE: 11-18-21
S.R.

EXHIBIT Everett 6
25
9-29-22

Mortensen
EXHIBIT 25
9-27-22 KS

EXHIBIT VLR
25
10/15/21 Magnotta