# CERTIFICATE OF SERVICE

The undersigned certifies that pursuant to the Court's extensions of time[1] a true and correct copy of PLAINTIFF'S RESPONSE AND OPPOSITION SEPARATE STATEMENT OF UNDISPUTED MATERIAL FACTS ("OSUMF") and supporting exhibits were filed with the Court on Wednesday, April 19, 2023, and sent via Electronic Mail and/or the CM/ECF System upon the following registered PACER and CM/ECF users/attorneys for the below listed named defendants:

Amy M. Samberg, Esquire
Edward C. Denby, Esquire
Justin Hepworth, Esquire
Clyde&Co
999 18th Street, Suite 1765N
Denver, CO 80202
Email: Amy.Samberg@clydeco.us
Email: Edward.Denby@clydeco.us
Email: Justin.Hepworth@clydeco.us
Attorneys for Defendants Chubb Group Holdings, Inc.; Chubb INA Holdings, Inc.; Federal Insurance Company; Great Northern Insurance Company;
Steve W. Mortensen and Matthew Witcher

AND

John M. Palmeri, Esquire
Abigail Hope Perkins, Esq.
Gordon Rees Scully Mansukhani LLP
555 Seventeenth Street, Suite 3400
Denver, CO 80202
Email: jpalmeri@grsm.com
Email: aperkins@grsm.com
Attorneys for Defendants Celia Santana and Dale Krupowicz and PRMS

BY: ***s/Mark Jay Krum***
Mark Jay Krum

[1] The Plaintiff respectfully recognizes and acknowledges that with the parties' approval this Court previously granted Plaintiff two prior extensions of time (at ECF Docs. 261, 262, 278 and 279) for medical reasons to file and serve his opposition papers. The last extension was granted by the Court on Thursday morning, April 13, 2023. Unfortunately, Plaintiff's condition grew significantly worse through Friday, April 14 and the weekend and he required surgery at Vail Medical Center under general anesthesia on Monday, April 17, 2023. Plaintiff sincerely and profusely apologizes to the Court and the parties for his additional late filing and agrees to any defense continuances that are requested and approved by the Court.