**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| **MARK JAY KRUM**<br>**Plaintiff,**<br>**v.**<br><br>**CHUBB LIMITED;**<br><br>**AND**<br><br>**GREAT NORTHERN INSURANCE COMPANY;**<br><br>**AND**<br><br>**CELIA SANTANA;**<br><br>**AND**<br><br>**DALE KRUPOWICZ;**<br><br>**AND**<br><br>**PERSONAL RISK MANAGEMENT SOLUTIONS, LLC,**<br><br>**Defendants.** | **CASE NO.: 1:20-cv-03616-RM-NRN**<br><br>**PLAINTIFF'S RESPONSE AND OPPOSITION <u>EXHIBITS</u> TO DEFENDANT GNIC's MOTION FOR SJ** |

**PLAINTIFF'S RESPONSE AND OPPOSITOIN TO DEFENDANT GREAT NORTHERN INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT**

**OPPOSITION EXHIBIT NO. 22**
**Ritz Carlton Denial**

**File Note Title:**Genl Cor - General correspondence
**Create Date:**2/23/2020 12:58 AM
**Author:**ATTACHINGBOT1 EPAM
**File Note Text:**
From: MARKJAYKRUM@AOL.COM.
Sent: 02/22/2020 11:53.
To: [Le, Tommy V tvle@chubb.com].
CC: [KrupowiczD_Theprmspromise.com KrupowiczD@Theprmspromise.com, Santana Celia SantanaC@Theprmspromise.com, US Property Claims uspropertyclaims@Chubb.com, Penn, Stevie Stevie.Penn@Chubb.com, Krum Mark Jay MARKJAYKRUM@AOL.COM, ejk88@georgetown.edu ejk88@georgetown.edu, Witcher, Matthew Matthew.Witcher@Chubb.com]
Subject: [EXTERNAL] Re: Availability for the 4 bedroom residence / KRUM ALE REQUEST Claim 047519042569 / MJK Response Email.

Copied body: Tommy Le
General Adjuster, Property
Chubb North American Claims

Mr. Le,

There has been no "offer". I clearly sent you another ALE/ELE request which Chubb failed to timely respond to. This now confirms that you and Chubb have denied that specific ELE request for fifty (50) days at the Ritz-Carlton as set forth in my email of February 20, 2020. It was NOT a request for 104 days. It was a request for the next fifty (50) available nights starting today, Saturday, February 22.

Again, as stated in my February 18 Response to your SROR Letter, I do NOT agree that my Policy limits my ELE to only sixty (60) days. I certainly dispute your new position, first asserted in your SROR Letter stating that Chubb will only cover extra living expenses for up to sixty (60) days. It has always been my position that Chubb is required to cover my extra living expenses up to $2,069,100.00 for no less than 24 months. Since December 27, 2019, in our numerous oral and written communications, you have never referred to a sixty (60) day limit when discussing relocation to a similar home. In fact, in your January 2, 2020 email you specifically state that you will help me find temporary housing during remediation/repairs to my home and every option you provided was for a minimum six (6) month lease term. Not a two month (or 60 day) lease term. None of the rental homes you had provided were quoting monthly rents for a two month (60 day) lease term during the height of the ski season in Vail Valley. See January 2, 2020 Email Correspondence (and Temporary Housing attachment from Chubb vendor Assured Relocation) from TVL to MJK stating: "The above price is for a furnished dwelling for a 6-month lease term".

I do agree, that I would be obligated to provide invoices for any ELE stays at the Ritz-Carlton prior to Chubb reimbursement.

With regard to your attached Authorizations, please be advised they are not limited as I requested and agreed to. Please send me the documents in Word format and I will provide my redline track changes.

Again, I request that you please immediately provide me with the coverage I am entitled to under the terms and conditions of my Policy.

Mark Jay Krum