**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| **MARK JAY KRUM**<br>**Plaintiff,**<br>**v.**<br><br>**CHUBB LIMITED;**<br><br>**AND**<br><br>**GREAT NORTHERN INSURANCE COMPANY;**<br><br>**AND**<br><br>**CELIA SANTANA;**<br><br>**AND**<br><br>**DALE KRUPOWICZ;**<br><br>**AND**<br><br>**PERSONAL RISK MANAGEMENT SOLUTIONS, LLC,**<br><br>**Defendants.** | **CASE NO.: 1:20-cv-03616-RM-NRN**<br><br>**PLAINTIFF'S RESPONSE AND OPPOSITION EXHIBITS TO DEFENDANT GNIC's MOTION FOR SJ** |

**PLAINTIFF'S RESPONSE AND OPPOSITION TO DEFENDANT GREAT NORTHERN INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT**

## OPPOSITION EXHIBIT NO. 23
## CONTINUED PATTERN OF DENIALS AND DELAYS

**From:** tvle@chubb.com,
**To:** MARKJAYKRUM@AOL.COM,
**Cc:** SantanaC@Theprmspromise.com, uspropertyclaims@Chubb.com, MerlainC@Theprmspromise.com, KrupowiczD@Theprmspromise.com, ejk88@georgetown.edu, Stevie.Penn@Chubb.com, mccleasterk@theprmspromise.com, CricketDesign@Bellsouth.net,
**Subject:** RE: [EXTERNAL] Re: Mark Jay Krum-Great Northern Insurance claim 047519042569 / 373 Strawberry Park Road, Beaver Creek, Colorado
**Date:** Wed, Jan 8, 2020 2:53 pm
**Attachments:** OhdeDeclarationJan7.pdf (88K),

---

Mark,

Received and we are currently reviewing both the fair rental value and the temporary housing.

Thank you

Respectfully,

CHUBB

**Tommy V Le**
General Adjuster, Chubb North American Claims

2155 W. Pinnacle Peak Road, Phoenix, AZ 85027, USA
O (720) 895-5071 M (303) 513-9674 F (877) 817-5699
E tvle@chubb.com

*Welcome to Chubb Claims. Life is about to get easier.*

**I strive to take care of all issues and questions directly with you. If you need to speak with my manager, Matthew Witcher, you can reach him at (818) 437-8715 or via email at matthew.witcher@chubb.com.**

**Chubb. Insured.™**

**From:** MARK KRUM [mailto:MARKJAYKRUM@AOL.COM]
**Sent:** Tuesday, January 07, 2020 11:23 PM
**To:** Le, Tommy V <tvle@chubb.com>
**Cc:** Santana Celia <SantanaC@Theprmspromise.com>; US Property Claims <uspropertyclaims@Chubb.com>; Caleb Merlain <MerlainC@Theprmspromise.com>; KrupowiczD_Theprmspromise.com <KrupowiczD@Theprmspromise.com>; ejk88@georgetown.edu; Penn, Stevie <Stevie.Penn@Chubb.com>; Krum Mark Jay <markjaykrum@aol.com>; mccleasterk@theprmspromise.com; Dye Crickett Priscilla <CricketDesign@Bellsouth.net>
**Subject:** [EXTERNAL] Re: Mark Jay Krum-Great Northern Insurance claim 047519042569 / 373 Strawberry Park Road, Beaver Creek, Colorado

Tommy Le

General Adjuster, Property

Chubb North American Claims