**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| **MARK JAY KRUM**<br>**Plaintiff,**<br>**v.**<br><br>**CHUBB LIMITED;**<br><br>**AND**<br><br>**GREAT NORTHERN INSURANCE COMPANY;**<br><br>**AND**<br><br>**CELIA SANTANA;**<br><br>**AND**<br><br>**DALE KRUPOWICZ;**<br><br>**AND**<br><br>**PERSONAL RISK MANAGEMENT SOLUTIONS, LLC,**<br><br>**Defendants.** | **CASE NO.: 1:20-cv-03616-RM-NRN**<br><br>**PLAINTIFF'S RESPONSE AND OPPOSITION EXHIBITS TO DEFENDANT GNIC's MOTION FOR SJ** |

**PLAINTIFF'S RESPONSE AND OPPOSITOIN TO DEFENDANT GREAT NORTHERN INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT**

**OPPOSITION EXHIBIT NO. 24**
**CONTINUED DELAYS**

**From:** "Le, Tommy V"
**Sent:** Wed, 15 Jan 2020 19:20:02 +0000
**To:** MARK KRUM
**CC:** Santana Celia;US Property Claims;Caleb Merlain;KrupowiczD_Theprmspromise.com;ejk88@georgetown.edu;Dye Crickett Priscilla;mccleasterk@theprmspromise.com
**Subject:** RE: [EXTERNAL] Re: Additional Forest Road Option / Krum ALE Claim 047519042569 Great Northern Insurance Company

Mark,

We acknowledge the receipt of your communication below. We continue to review your request and will respond accordingly.

Thank you

Respectfully,

CHUBB

**Tommy V Le**
General Adjuster, Chubb North American Claims

2155 W. Pinnacle Peak Road, Phoenix, AZ 85027, USA
O (720) 895-5071 M (303) 513-9674 F (877) 817-5699
E tvle@chubb.com

*Welcome to Chubb Claims. Life is about to get easier.*

**I strive to take care of all issues and questions directly with you. If you need to speak with my manager, Matthew Witcher, you can reach him at (818) 437-8715 or via email at matthew.witcher@chubb.com.**

Chubb. Insured.™

---

**From:** MARK KRUM [mailto:MARKJAYKRUM@AOL.COM]
**Sent:** Tuesday, January 14, 2020 5:19 PM
**To:** Le, Tommy V <tvle@chubb.com>
**Cc:** Santana Celia <SantanaC@Theprmspromise.com>; US Property Claims <uspropertyclaims@Chubb.com>; Caleb Merlain <MerlainC@Theprmspromise.com>; KrupowiczD_Theprmspromise.com <KrupowiczD@Theprmspromise.com>; ejk88@georgetown.edu; Dye Crickett Priscilla <CricketDesign@Bellsouth.net>; mccleasterk@theprmspromise.com; Krum Mark Jay <markjaykrum@aol.com>; Penn, Stevie <Stevie.Penn@Chubb.com>
**Subject:** [EXTERNAL] Re: Additional Forest Road Option / Krum ALE Claim 047519042569

Tommy Le

General Adjuster, Property

Chubb North American Claims

Tommy,

I was sincerely hoping that you would have gotten back to me before COB today.

With all due respect, any reasonable person in this situation would have lost their patience awhile back. This delay by CHUBB is unacceptable. This is substantially affecting my personal and professional life. Please obtain this approval tomorrow so I can immediately proceed with negotiations to maximize my covered ALE (in total number of days) and mitigate my out-of-pocket expenditures.

EXHIBIT 239 Le 10-24-22 PENGAD 800-631-6989