**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| **MARK JAY KRUM**<br>**Plaintiff,**<br>**v.**<br><br>**CHUBB LIMITED;**<br><br>**AND**<br><br>**GREAT NORTHERN INSURANCE COMPANY;**<br><br>**AND**<br><br>**CELIA SANTANA;**<br><br>**AND**<br><br>**DALE KRUPOWICZ;**<br><br>**AND**<br><br>**PERSONAL RISK MANAGEMENT SOLUTIONS, LLC,**<br><br>**Defendants.** | **CASE NO.: 1:20-cv-03616-RM-NRN**<br><br>**PLAINTIFF'S RESPONSE AND OPPOSITION EXHIBITS TO DEFENDANT GNIC's MOTION FOR SJ** |

**PLAINTIFF'S RESPONSE AND OPPOSITOIN TO DEFENDANT GREAT NORTHERN INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT**

# OPPOSITION EXHIBIT NO. 25
# PATTERN OF DELAYS CONTINUES

**From:** "Le, Tommy V"
**Sent:** Mon, 13 Jan 2020 21:24:21 +0000
**To:** MARK KRUM
**CC:** Santana Celia;US Property Claims;Caleb Merlain;KrupowiczD_Theprmspromise.com;Erika Krum;Dye Crickett Priscilla;mccleasterk@theprmspromise.com
**Subject:** RE: [EXTERNAL] Fwd: Additional Forest Road Option / Krum ALE Claim 047519042569

---

Mark,

Thank you for the email. We are currently reviewing your request noted below.

Pursuant to our conversation on Friday Jan. 10, 2020, Chubb requests that you move into a temporary hotel so that demolition can begin. Please let us know when you plan to relocate and we can take over billing.

Thank you

Respectfully,

**Tommy V Le**
General Adjuster, Chubb North American Claims

2155 W. Pinnacle Peak Road, Phoenix, AZ 85027, USA
O (720) 895-5071 M (303) 513-9674 F (877) 817-5699
E tvle@chubb.com

*Welcome to Chubb Claims. Life is about to get easier.*

**I strive to take care of all issues and questions directly with you. If you need to speak with my manager, Matthew Witcher, you can reach him at (818) 437-8715 or via email at matthew.witcher@chubb.com.**