**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| **MARK JAY KRUM**<br>**Plaintiff,**<br>**v.**<br><br>**CHUBB LIMITED;**<br><br>**AND**<br><br>**GREAT NORTHERN INSURANCE COMPANY;**<br><br>**AND**<br><br>**CELIA SANTANA;**<br><br>**AND**<br><br>**DALE KRUPOWICZ;**<br><br>**AND**<br><br>**PERSONAL RISK MANAGEMENT SOLUTIONS, LLC,**<br><br>**Defendants.** | : | **CASE NO.: 1:20-cv-03616-RM-NRN**<br><br>**PLAINTIFF'S RESPONSE AND OPPOSITION EXHIBITS TO DEFENDANT GNIC's MOTION FOR SJ** |

**PLAINTIFF'S RESPONSE AND OPPOSITOIN TO DEFENDANT GREAT NORTHERN INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT**

**OPPOSITION EXHIBIT NO. 29**
**NOVEMBER 17 LETTER FROM STEVEN MAGNOTTA**
**446 FOREST ROAD**

CHUBB
600 Independence Parkway
PO Box 4700
Chesapeake, VA 23327-4700

P: 609-752-2522
E Mail: smagnotta@chubb.com

CHUBB

November 17, 2021

**Via Email**

Mark Jay Krum
105 South Derby Avenue
Ventnor City, NJ 08406
MARMAYKRUM@AOL.COM

| | | |
|---|---|---|
| RE: | Insurer: | Great Northern Insurance Company |
| | Insured Name: | Mark Jay Krum |
| | Policy Number: | 13787210-02 |
| | Policy Term: | August 15, 2019 to August 15, 2020 |
| | Date of Loss: | December 24, 2019 |
| | Location of Loss: | 373 Strawberry Park Road, Avon, Colorado |
| | Claim No.: | 047519042569 |

Dear Mr. Krum:

This will acknowledge our receipt of your October 15, 2021 verbal demand made during my deposition that Great Northern Insurance Company provide you with Extra Living Expense ("ELE") benefits for a period of 60 days to allow you to lease the rental property described by Lindsay Jones of InvitedHome.com in her email of October 14, 2021.

The ELE provision of the Policy provides in relevant part as follows:

> **Extra living expenses.** If a covered loss makes your house or other permanent structure uninhabitable during your usual vacation occupancy, we cover the reasonable increase in your normal living expenses that is necessary to maintain your household's usual standard of living . . . We cover these increases for the reasonable amount of time required to restore your house or other permanent structure to a habitable condition . . . However, if you are newly constructing your house or other permanent structure or constructing additions, alterations, or renovations to your house or other permanent structure at the time of a covered loss, we only cover the increase in your normal living expenses incurred by you for the reasonable amount of time required to restore the house or other permanent structure to the condition it was in prior to the covered loss. We cover these extra living expenses for up to 60 days, even if the policy period ends during that time. (Colorado Vacation Home House Policy, pg. B5-5)

You have presented initial information on a rental property with no reference to the actual address. You subsequently requested we review a proposed property at 446 Forest Road Vail,

Δπ EXHIBIT 1037
Deponent Krum
11/11/22
Date ____ Rptr. ____
WWW.DEPOBOOKPRODUCTS.COM

Colorado. Please confirm this is the correct address of the property you presented information for us to review.

We previously paid ELE benefits for **7** nights at the Ritz-Carlton which leaves **53** days of ELE benefits remaining. It appears the proposed length of stay would exceed your policy limit of **60** days. Any payments made will be for a total of **53** days which is the remaining number of days available under the ELE provision of the Policy.

Because the current market has limited rental properties similar to the BC property, we will approve the following rental for 446 Forest Road Vail, Colorado, if incurred:

**14 Day Rental**
Arrival: Monday, December 20, 2021
Departure: Sunday, January 2, 2022
Out the Door Price includes taxes and fees: $309,280.00

**15 Day Rental**
Arrival: Tuesday, January 11, 2022
Departure: Tuesday, January 25, 2022
Out the Door Price includes taxes and fees: $332,840.00

**Up to 24 Day Rental**
Arrival: Tuesday, February 1, 2022
Departure: Sunday, February 25, 2022
Out the Door Price includes taxes and fees: $549,386.67[1]

Please forward a fully executed lease and we will issue payment to you for $309,280.00. Once verification is submitted that the $309,280 has been incurred for rental of the 446 Forest Road property, we will consider issuing additional amounts. It is our understanding that this lease requires payment of a refundable security deposit in the amount of $40,000. Please provide us with Payee information for the deposit, and we will have a check for the security deposit delivered.

Great Northern Insurance Company reserves all rights under the Policy and at law, waiving none.

Sincerely,

*Steven J. Magnotta*

CHUBB

[1] $618,060 /24 days = $22,891.11 per day



047519042569
CHUBB_050390

**Steven J. Magnotta**
Executive General Adjuster, AVP - North America Property Claims