**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| **MARK JAY KRUM**<br>**Plaintiff,**<br>**v.** | **CASE NO.: 1:20-cv-03616-RM-NRN** |
| **CHUBB LIMITED;**<br>**AND**<br>**GREAT NORTHERN INSURANCE COMPANY;**<br>**AND**<br>**CELIA SANTANA;**<br>**AND**<br>**DALE KRUPOWICZ;**<br>**AND**<br>**PERSONAL RISK MANAGEMENT SOLUTIONS, LLC,**<br>**Defendants.** | **PLAINTIFF'S RESPONSE AND OPPOSITION EXHIBITS TO DEFENDANT GNIC's MOTION FOR SJ** |

**PLAINTIFF'S RESPONSE AND OPPOSITION TO DEFENDANT GREAT NORTHERN INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT**

**OPPOSITION EXHIBIT NO. 38**
**FRANK YOUNG ON LOW VOLTAGE ($250,000)**

**File Note Title:**Frankentek/ New Electric Scope Status
**Create Date:**6/15/2020 5:06 PM
**Author:**STEVE MAGNOTTA
**File Note Text:**
**Frankentek/ New Electric Scope Status**

Steven,

The New Electric scope of work does not include the items in this most recent scope of work. This scope appears to be low voltage and lighting control equipment and miscellaneous phone and A/V systems throughout the home. Discussions with New Electric and reviewing their scope of work is the 120/240 volt systems within the home.

Let me know, if you need anything else.

Thanks,
Frank

**Frank Young, P.E., CFEI, LC, LEED AP** | Senior Engineer II
J.S. Held LLC
8000 E. Maplewood Avenue, Suite 125, Greenwood Village, CO, 80111
Office 720-535-9605 | Mobile 720-346-8816

---