**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| **MARK JAY KRUM**<br>**Plaintiff,**<br>**v.**<br><br>**CHUBB LIMITED;**<br><br>**AND**<br><br>**GREAT NORTHERN INSURANCE COMPANY;**<br><br>**AND**<br><br>**CELIA SANTANA;**<br><br>**AND**<br><br>**DALE KRUPOWICZ;**<br><br>**AND**<br><br>**PERSONAL RISK MANAGEMENT SOLUTIONS, LLC,**<br><br>**Defendants.** | **CASE NO.: 1:20-cv-03616-RM-NRN**<br><br>**PLAINTIFF'S RESPONSE AND OPPOSITION <u>EXHIBITS</u> TO DEFENDANT GNIC's MOTION FOR SJ** |

**PLAINTIFF'S RESPONSE AND OPPOSITION TO DEFENDANT GREAT NORTHERN INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT**

# OPPOSITION EXHIBIT NO. 39
# GNIC AND STEVEN MAGNOTTA KNOW ABOUT $250,000 MORE DUE ON THAS

I strive to take care of all issues and questions directly with you. If you need to speak with my manager, Tim Blake, you can reach him at 205-968-5412 or via E Mail wblake@chubb.com <mailto:wblake@chubb.com>

From: Magnotta, Steven
Sent: Wednesday, January 20, 2021 6:46 PM
To: Smith, Joseph R <joesmith@chubb.com <mailto:joesmith@chubb.com> >
Cc: Blake, William <wblake@chubb.com <mailto:wblake@chubb.com> >
Subject: FW: [EXTERNAL] Mark Jay Krum -Great Northern Insurance Claim 047519042569 / 373 Strawberry Park Road, Beaver Creek, Colorado /
Importance: High

Insured: MARK JAY KRUM

Policy: 001378721002

Claim No: 047519042569

Date of Loss: 12/24/2019

Type of Loss: Property

Loss location: 373 STRAWBERRY PARK ROAD, AVON, CO 81620

Issuing Co: GREAT NORTHERN INSURANCE COMPANY

We have obtained a release for $4,037,163.36 excluding ELE and FRV which is the basis for his recent law suit. We also had the Theatre Home Automation System "THAS" open as it was in a formal appraisal.

Current Aggregate Reserve.$4,805,000 Current Paid $4,037,163.36

Insured THAS Claim is $1,243,755 and we paid $128,165 as our current loss assessment. We will owe an amount for the low voltage wiring as this amount is in dispute and part of the appraisal. This will add $250K per our expert and our total could be $378,165 before we get into the disputed items for the appraisers and umpire (if appraisers can't agree) to resolve. We previously offered to settle the THAS for $564K, but it was rejected by Mr. Krum.

I discussed the appraisal process and process of the court to naming an umpire with Amy Samberg and Jonathan Koehler of Foran Glennon, who are handling the law suit for ELE and FRV. They believe we should try to settle the Appraisal as the judge they are dealing with will most likely appoint a subject matter and an umpire suggested by Mr. Krum, which could have an adverse effect on the appraisal outcome.

Seek authority to settle up to our current reserve amount of $765,000 (Current Aggregate Reserve.$4,805,000 Current Paid $4,037,163.36 leaving $765,000).

Thanks

<http://www.chubb.com/common/images/CHUBB_Logo_DarkBlue.png>

Steven J. Magnotta
Executive General Adjuster, AVP - North America Property Claims

600 Independence Parkway, Chesapeake, VA 23327-4700, USA
Phone: M 609-752-2522

E smagnotta@chubb.com <mailto:smagnotta@chubb.com>

Welcome to Chubb Claims. Life is about to get easier. <https://www2.chubb.com/us-en/claims/>

I strive to take care of all issues and questions directly with you. If you need to speak with my manager, Tim Blake, you can reach him at 205-968-5412 or via E Mail wblake@chubb.com <mailto:wblake@chubb.com>

From: MARK KRUM <markjaykrum@aol.com <mailto:markjaykrum@aol.com> >
Sent: Wednesday, January 20, 2021 6:21 PM
To: Magnotta, Steven <smagnotta@chubb.com <mailto:smagnotta@chubb.com> >
Cc: US Property Claims <uspropertyclaims@Chubb.com <mailto:uspropertyclaims@Chubb.com> >; Samberg, Amy M. <asamberg@fgppr.com <mailto:asamberg@fgppr.com> >; Koehler, Jonathan T. <jkoehler@fgppr.com <mailto:jkoehler@fgppr.com> >; Krum Mark Jay <markjaykrum@aol.com <mailto:markjaykrum@aol.com> >; Pavluk Mike <mike@frankentek.com <mailto:mike@frankentek.com> >; Dye Crickett Priscilla <CricketDesign@Bellsouth.net <mailto:CricketDesign@Bellsouth.net> >