**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| **MARK JAY KRUM**<br>**Plaintiff,**<br>**v.**<br><br>**CHUBB LIMITED;**<br><br>**AND**<br><br>**GREAT NORTHERN INSURANCE COMPANY;**<br><br>**AND**<br><br>**CELIA SANTANA;**<br><br>**AND**<br><br>**DALE KRUPOWICZ;**<br><br>**AND**<br><br>**PERSONAL RISK MANAGEMENT SOLUTIONS, LLC,**<br><br>**Defendants.** | **CASE NO.: 1:20-cv-03616-RM-NRN**<br><br>**PLAINTIFF'S RESPONSE AND OPPOSITION <u>EXHIBITS</u> TO DEFENDANT GNIC's MOTION FOR SJ** |

**PLAINTIFF'S RESPONSE AND OPPOSITION TO DEFENDANT GREAT NORTHERN INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT**

**OPPOSITION EXHIBIT NO. 47**
**ANDIE OHDE DECLARATION JANUARY 7, 2020**

**DECLARATION**

I, Andie Ohde, hereby declare as follows:

1. I am currently living at 262 Meile Lane, Unit C, in Edwards CO 81632. My date of birth is September 8, 1961. I am 58 years old. I have lived in Eagle County Colorado the last 35 years. I grew up in Northern California near San Francisco.

2. I work as a real estate broker for LIV Sotheby's International Realty.

3. I graduated Chaparral High School in Scottsdale, Arizona in 1979. I attended some college at Hawaii Loa College in Kaneohe, Hawaii.

4. I represent sellers, buyers, and owners of multi-million dollar real estate in the Vail Valley, Colorado.

5. I have known Mark Jay Krum ("Mr. Krum") since in or about January 2013 and have been numerous times to his home at 373 Strawberry Park Road, Beaver Creek, Colorado 81620 (the "Property").

6. I am very familiar with 373 Strawberry Park Road and I am of the opinion that it is one of the finest luxury vacation homes in Vail Valley. From December 1, 2016 to on or about May 31, 2018, I was the real estate agent for the Property while it was for sale.

7. I am very familiar with the past and current luxury real estate sale and rental market in Vail Valley, Colorado.

8. I am aware that the Property was rented out numerous times by Mr. Krum between December 2010 and January 2016.

9. I know that in October of 2015 the Property was being offered for rent for $20,000.00 a day for the entire house and $16,000.00 for the entire house (except the owner's suite).

@to

PENGAD 800-631-6989 EXHIBIT 3 10-24-22

tabbies EXHIBIT 3

10. In 2015 and 2016, as well as currently in 2020, the fair rental value ("FRV") for the Property during peak ski season (December 25 through January 2 and February 15 through March 31) was and is $20,000.00 a day for the entire Property and $16,000.00 a day for the entire Property (except what is identified as the owner's suite).

11. I know that for the last few years, as well as currently, Mr. Krum advertises the Property for rent on the internet and has a professional website that markets the Property as "The World's Greatest Ski Lodge" for rent at: MJPropertiesLLC.com.

12. On or about November 18, 2019, Mr. Krum contacted me about retaining my services and relisting his Property for sale and rent in 2020.

13. On Tuesday afternoon, November 26, 2019, Mr. Krum and I had a specific conversation about relisting the Property for sale in the spring of 2020 and about listing and marketing the Property in January and February of 2020 for rent during ski season in March of 2020 and also listing the Property for rent in the summer months of July and August of 2020.

14. I am aware that on January 1, 2020 Mr. Krum was contacted by a potential luxury renter from Kansas who found the Property on the internet, had reviewed Mr. Krum's professional rental video, and wanted to rent the Property for his family during President's weekend in February and/or March of 2020.

15. Based on my real estate experience in this area I can state with a reasonable degree of professional certainty that Mr. Krum would be able to rent the Property for the above stated FRV during March of 2020.

16. The Property is one of the most exclusive rental properties in all of Vail Valley. It sleeps 21 comfortably; has a world class movie theatre; an indoor basketball court, a 26 foot climbing wall with a perfect descent automatic Belay device set up for benginers, intermediate,

ottd

and expert skilled climbers; five star game room with a fully stocked professional bar; museum quality art and antiques, and a perfect (always professionally groomed) ski-in and ski-out experience on "Krum's Run".

17. I declare under penalty of perjury under the laws of the United States and the State of Colorado that the foregoing is true and correct.

Executed on January 7, 2020
At Edwards, Colorado

Andie Ohde
The Declarant
262 Meile Lane, Unit C
Edwards, CO 81632

Witnessed by the undersigned
on January 7, 2020

Mr. Jonathan Thomas
262 Meile Lane
Edwards, Colorado 81632