**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| **MARK JAY KRUM**<br>**Plaintiff,**<br>**v.**<br><br>**CHUBB LIMITED;**<br><br>**AND**<br><br>**GREAT NORTHERN INSURANCE COMPANY;**<br><br>**AND**<br><br>**CELIA SANTANA;**<br><br>**AND**<br><br>**DALE KRUPOWICZ;**<br><br>**AND**<br><br>**PERSONAL RISK MANAGEMENT SOLUTIONS, LLC,**<br><br>**Defendants.** | **CASE NO.: 1:20-cv-03616-RM-NRN**<br><br>**PLAINTIFF'S RESPONSE AND OPPOSITION EXHIBITS TO DEFENDANT GNIC's MOTION FOR SJ** |

**PLAINTIFF'S RESPONSE AND OPPOSITION TO DEFENDANT GREAT NORTHERN INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT**

**OPPOSITION EXHIBIT NO. 50**
**ROBERT WHITNEY DECLARATION**

**DECLARATION**

I, Robert C. Whitney, hereby declare as follows:

1. I am currently living at 331 Southwest Albatross Ct., Lees Summit, MO 64082. My date of birth is June 24, 1964. I am 58 years old. I grew up in Detroit, Cleveland, New York City, Kansas City and Washington, D.C. My father worked in various cities for AT&T his entire life and as a family we relocated for dad's work.

2. I worked for United HealthCare and was Managing Partner for mergers and acquisitions. I was the lead person on the merger and acquisition (M&A) of PacificCare for United HealthCare.

3. I graduated High School in Kansas City, Missouri. I attended college at West Virginia University ("WVU") and graduated with a BSBA in Finance and BA in Political Science. I attended WVU on an athletic Division One wrestling scholarship. I have a MBA from Georgetown University.

4. In 2011 I was the COO for the Las Vegas, Nevada company HealthDataInsights ("HDI") and owned approximately seventeen (17%) percent of HDI. HDI was aquired by Hms Holdings Corp. in December of 2011.

5. I consider myself to be financially "well off" and fortunate to have the means to go on luxurious vacations and rent for my family a mountain ski resort property that costs in excess of $20,000.00 per night.

6. I first contacted Mark Jay Krum ("Mr. Krum") on or about January 1, 2020 to inquire about renting Mr. Krum's residence at 373 Strawberry Park Road, in Beaver Creek, Colorado (the "BC Property" or "Property") for myself and my family during President's week-end in February 2020 and again in March of 2020. The February 2020 vacation was to celebrate

RW

my mom's birthday. My mom had passed in 2018 and every February we continue to do an annual family trip in her memory.

7. I, my wife Stacy, and my three adult children are all excellent skiers. Prior to contacting Mr. Krum my family and I have skied Vail and Beaver Creek on a few occasions.

8. I learned of the BC Property while searching for luxury rental ski homes in Vail Valley on the internet, and I reviewed Mr. Krum's professional web site and rental video before contacting him.

9. I found the BC Property being advertised for rent at the website marketing the BC Property as "The World's Greatest Ski Lodge" at: MJPropertiesLLC.com.

10. My research of the BC Property determined that it is one of the most exclusive rental properties in all of Vail Valley. That it sleeps 21 comfortably; has a world class movie theatre; an indoor basketball court, a 26 foot climbing wall with a perfect descent automatic Belay device set up for benginers, intermediate, and expert skilled climbers; a five star game room with a fully stocked professional bar and wine room; museum quality art and antiques, and a perfect (always professionally groomed) ski-in and ski-out experience on "Krum's Run".

11. I am familiar with the past and current luxury real estate sale and rental market in Vail Valley, Colorado.

12. On or about January 1, 2020 Mr. Krum informed me that the BC Property had been rented out numerous times between December 2010 and January 2016 and that in November 2019 he intended to rent the BC Property during the winter ski season and summer months of 2020.

13. On or about January 1, 2020 I learned from Mr. Krum that the BC Property during peak ski season (December 25 through January 2 and February 15 through March 31) was



RV

being offered for rent for $20,000.00 a day for the entire BC Property and $16,000.00 a day for the entire Property (except what is identified as the owner's suite). I advised Mr. Krum that based on the description of his house and its luxurious amenties I was willing to pay the amount he requested and what I believe was the market rate for the entire BC Property.

14. On or about January 1, 2020 I also was informed by Mr. Krum that he was listing the BC Property for rent in the summer months of July and August of 2020.

15. On or about January 1, 2020 I told Mr. Krum that I would agree to rent the entire BC Property for $20,000.00 a night during President's Weekend in February 2020 and subsequently during a full week in March of 2020.

16. On or about January 1, 2020 I was told by Mr. Krum that on Christmas Eve, 2019 the BC Property sustained damage from a failed sprinkler head inside the residence and he was not sure the house would be available for rent by March of 2020.

17. I declare under penalty of perjury under the laws of the United States and the States of Colorado and Missouri that the foregoing is true and correct.

Executed on August 14, 2022
At Lees Summit, Missouri

Robert C. Whitney
The Declarant
331 Southwest Albatross Ct.
Lees Summit, MO 64082.

Witnessed by the undersigned
on August 14, 2022

Ms. Stacy L. Whitney
331 Southwest Albatross Ct.
Lees Summit, MO 64082