**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| **MARK JAY KRUM**<br>**Plaintiff,**<br>**v.**<br><br>**CHUBB LIMITED;**<br><br>**AND**<br><br>**GREAT NORTHERN INSURANCE COMPANY;**<br><br>**AND**<br><br>**CELIA SANTANA;**<br><br>**AND**<br><br>**DALE KRUPOWICZ;**<br><br>**AND**<br><br>**PERSONAL RISK MANAGEMENT SOLUTIONS, LLC,**<br><br>**Defendants.** | **CASE NO.: 1:20-cv-03616-RM-NRN**<br><br>**PLAINTIFF'S RESPONSE AND OPPOSITION EXHIBITS TO DEFENDANT GNIC's MOTION FOR SJ** |

**PLAINTIFF'S RESPONSE AND OPPOSITION TO DEFENDANT GREAT NORTHERN INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT**

**OPPOSITION EXHIBIT NO. 62**
**ANDIE OHDE DECLARATION JANUARY 25, 2020**

**DECLARATION**

I, Andie Ohde, hereby declare as follows:

1. I am currently living at 262 Meile Lane, Unit C, in Edwards CO 81632. My date of birth is September 8, 1961. I am 58 years old. I have lived in Eagle County Colorado the last 35 years. I grew up in Northern California near San Francisco.

2. I work as a real estate broker for LIV Sotheby's International Realty.

3. I graduated Chaparral High School in Scottsdale, Arizona in 1979. I attended college at Hawaii Loa College in Kaneohe, Hawaii.

4. I represent sellers, buyers, and owners of luxury real estate in the Vail Valley, Colorado (specifically the ski and golf resorts of Vail, Beaver Creek, Bachelor Gulch, and Arrowhead).

5. I have known Mark Jay Krum ("Mr. Krum") since in or about January 2013 and have been numerous times to his home at 373 Strawberry Park Road, Beaver Creek, Colorado 81620 (the "Krum Property").

6. I am very familiar with the Krum Property, and I am of the opinion that it is one of the finest luxury vacation homes in Vail Valley. From December 1, 2016 to on or about May 31, 2018, I was the real estate agent for the Krum Property while it was for sale.

7. I am very familiar with the past and current luxury real estate sale and rental market in Vail Valley, Colorado.

8. I am very familiar with the home for rent and previously for sale at 3219 Daybreak Ridge, Bachelor Gulch, Colorado (the "Daybreak Ridge Rental"). It has seven bedrooms and nine bathrooms. The interiors and exterior of the Daybreak Ridge Rental do not compare to the Krum Property. In March of 2019 the Daybreak Ridge Rental went to auction

EXHIBIT 4 Lc 12-24-22 PENGAD 800-631-6989

EXHIBIT VLR 4 10/15/21 Magnotta tabbies

with an asking price of $9.5 Million. It did not sell. The Krum Property in my opinion would now have an asking price of $14+ Million. The Daybreak Ridge Rental is clearly not similar to the Krum Property in distinction, prestige and caliber. Furthermore, statistics show three homes since January 1, 2019 in Strawberry Park have sold for an average of $1,047.90 price per square foot versus four homes in Bachelor Gulch with an average of $947.43 price per square foot.

9. I have also recently learned that the Daybreak Ridge Rental is not available from February 1 through 8, 2020 and from March 22 through March 29. Furthermore, the Daybreak Ridge was advertised as ski-in and ski-out, however, the lead rental agent for Daybreak Ridge agrees with me that it is between two and three hundred yards to get to ski access.

10. The Krum Property is one of the most exclusive homes and rental properties in all of Vail Valley. It is 11,000 square feet; at 2.8 acres it is the second largest lot in the exclusive gated community of only 30 homes in Strawberry Park; it sleeps 21 comfortably, has eight full bathrooms (five full bathrooms with both a jucuzzi tub and a large shower), and three half bathrooms. The Krum Property has a world class movie theatre, an indoor basketball court, a 26 foot climbing wall with a perfect descent automatic Belay device set up for beginners, intermediate, and expert skilled climbers. There is a five star game room with a fully stocked professional bar and six 55 inch flat screen televisions. The Krum Property has eight fireplaces and one outdoor firepit, museum quality art and antiques, and a most important feature, is its perfect (always professionally groomed) ski-in and ski-out experience on "Krum's Run".

11. I am very familiar with 446 Forest Road, Vail, Coloradao (previously identified in email correspondence as the "Vail Rental #3"). It does have ski-in and ski-out access that is similar to the Krum Property. The Vail Rental #3 price is $20,000.00 per night. It is now being offered at $10,867 per night for a long term rental; however, I agree with Mr. Krum that with



Ctti

some further negotiation I believe the owners will accept a formal offer for $1,730,000.00 (if a substantial portion is paid in advance) for roughly 300 nights which would be approximately $5,767 per night and would allow Mr. Krum to have a very similar home until December of 2020.

12. 446 Forest Road is approximately 10,000sf and is being offered minus the main master suite which will be locked off during Mr. Krum's stay. This home has similar interior amenities such as a movie room, however, the theatre room at Mr. Krum's Property at 373 Strawberry Park is far superior. Both homes have excellent exterior living areas with a hot tub, and luxury landscape features. 446 Forest Road in my opinion meets Mr. Krum's household's usual standard of living.

13. I am very familiar with 99 Vail Road, Vail, Coloradao (previously identified in email correspondence as the "Vail Rental #1"). The Vail Rental #1 price is $25,000.00 per night and is also a similar home in stature to the Krum Property. 99 Vail Road in my opinion meets Mr. Krum's household's usual standard of living.

14. This home is a duplex home. It has excellent views of the Gore Range vs views of Beaver Creek. This home is smaller in square footage than Mr. Krum's home and is in walking distance to the lifts vs a ski-in/ski-out location. Both 446 Forest Road and 99 Vail Road are located in Vail vs Beaver Creek, however, at the present time, I have found it is difficult to identify a higher end rental comparable to Mr. Krum's home in Beaver Creek available to rent for a long term rental.

15. 313 Strawberry Park Court (also in Strawberry Park and a very short distance from Mr. Krum's home) is available between February 2 and 15, 2020 for a total of $118,416.88. This home still does not compare to Mr. Krum's home in my opinion.



atw

16. I am also very familiar with a residence at the Luxury Chalets at the Lodge at Vail that is available from January 25 until April 15, 2020 (previously identified in email correspondence on January 3, 2020 as the "Vail Rental #2"). The Vail Rental #2 price is $15,000.00 per night; however, it is not a similar home in stature to the Krum Property. It does have similar ski-in and ski-out access and also it has access to the hotel amenities. Again, this property still does not compare to the Krum home in my opinion.

17. I declare under penalty of perjury under the laws of the United States and the State of Colorado that the foregoing is true and correct.

Executed on January 25, 2020
At Edwards, Colorado

Andie Ohde
The Declarant
262 Meile Lane, Unit C
Edwards, CO 81632

Witnessed by the undersigned
on January 25, 2020

Mr. Jonathan Thomas
Avon, Colorado 81620



AWO