**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| **MARK JAY KRUM**<br>**Plaintiff,**<br>**v.**<br><br>**CHUBB LIMITED;**<br><br>**AND**<br><br>**GREAT NORTHERN INSURANCE COMPANY;**<br><br>**AND**<br><br>**CELIA SANTANA;**<br><br>**AND**<br><br>**DALE KRUPOWICZ;**<br><br>**AND**<br><br>**PERSONAL RISK MANAGEMENT SOLUTIONS, LLC,**<br><br>**Defendants.** | **CASE NO.: 1:20-cv-03616-RM-NRN**<br><br>**PLAINTIFF'S RESPONSE AND OPPOSITION <u>EXHIBITS</u> TO DEFENDANT GNIC's MOTION FOR SJ** |

**PLAINTIFF'S RESPONSE AND OPPOSITION TO DEFENDANT GREAT NORTHERN INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT**

**OPPOSITION EXHIBIT NO. 30**
**STEVEN MAGNOTTA NOVEMBER 23 2021 EMAILS**
**REGARDING 446 FOREST ROAD**

**_File Note Title:Genl** Cor - General correspondence
**Create** Date:11/23/2021 6:40 PM
**Author:ATTACHINGBOTl** EPAM
**File Note Text:**
From: markjaykrum@aol.com.
Sent: 11/23/2021 12:30.
To: [Magnotta, Steven J smagnotta@chubb.com].
CC: [US Property Claims uspropertyclaims@Chubb.com, Samberg, Amy Amy.Samberg@clydeco.us, Krum Mark Jay markjaykrum@aol.com, JohnPalmerijpalmeri@grsm.com]
Subject: Re: Re: [EXTERNAL] Insured: Mark Krum/ Claim No: 047519042569 Great Northern Insurance Company ELE Response/ Insured's Request for ELE at 446 Forest Road, Vail, Colorado.

Copied body:**** This attachment(s) originated from a public website. Use caution when opening these messages. - Chubb GlobalInformation Security****
??????????

---

Steven J. Magnotta
Executive General Adjuster, Property
Chubb North American Claims

Mr. Magnotta,

The entire $1,260,180.00 (for all 53 nights) plus the $40,000.00 security deposit needs to be paid by Chubb and Great Northern Ins. Company upfront, "at the time ofbooking". See email correspondence dated November 22, 2021 from Ms. Lindsay Jones oflnvitedHome attached directly below. This is customary for all high-end, luxury rentals in Vail, Valley.

Thank you.

Mark

Mark Jay Krum

On Nov 23, 2021, at 10:35 AM, Magnotta, StevenJ smagnotta@chubb.commailto:smagnotta@chubb.com wrote:

Good AM! Upon receipt of an executed lease, Great Northem will make direct payments to "446 Forest Road" as per the terms of the lease agreement. We understand the first such payment will be a $40,000.00 refundable security deposit plus the first lease term of 12/20/21 to 1/2/22 in the amount of $309,280.00. Upon verification that the $309,280.00 has actually been incurred for rental of the 446 Forest Road property, we will issue additional amounts. Since you have advised your intent to occupy 446 Forest road from 12/20/21 to 1/2/22, verification that the amount was actually incurred from 446 Forest Road of your occupancy during that period should not be difficult to obtain. Great Northem will not sign or co-sign the lease.

Thanks

[Chubb Logo]

Steven J. Magnotta
Executive General Adjuster, AVP - North America Property Claims

600 Independence Parkway, Chesapeake, VA23327-4700, USA
Phone: M 609-752-2522

E smagnotta@chubb.commailto:smagnotta@chubb.com

[Chubb Insured]

I strive to take care of all issues and questions directly with you. If you need to speak with my manager, Tim Blake, you can reach him at 205-968-5412 or via E Mail wblake@chubb.commailto:wblake@chubb.com

From: MARK KRUM markjaykrum@aol.commailto:markjaykrum@aol.com
Sent: Saturday, November 20, 2021 6:25 PM
To: Magnotta, Steven J smagnotta@chubb.commailto:smagnotta@chubb.com
Cc: US Property Claims uspropertyclaims@Chubb.commailto:uspropertyclaims@Chubb.com; Samberg, Amy AmySamherg@clydeco rn;mailto:AmySamherg@clydeco u-;; Krum Mark .Tay markjaykrum@aol.commailto:markjaykrum@aol.com; John Palmeri jpalmeri@grsm.commailtojpalmeri@grsm.com
Subject: [EXTERNAL] Re: Insured: Mark Krum/ Claim No: 047519042569 Great Northern Insurance CompanyELE Response/ Insured's Request for ELE at 446 Forest Road, Vail, Colorado
Importance: High

**** This attachment(s) originated from a public website. Use caution when opening these messages. - Chubb Global Information Security****
??????????

---

Steven **J.** Magnotta
Executive General Adjuster, Property
Chubb North American Claims

**Mr.** Magnotta,

Thank you for your November 17, 2021 correspondence (attached to this email) regarding my pending Extra Living Expense ("ELE") Claim with Chubb and Great Northern Insurance Company.

As I made clear on the record on Friday afternoon, October 15 (during your discovery deposition in Savannah, Georgia), this ELERequest is for 446 Forrest Road, Vail, Colorado, previously identified to you and Chubb Adjusters Tommy Le and Steve W. Mortensen as Vail Rental #3 (see Doc. 31 - Amended Complaint at paragraphs 141-142, 145, 156-161, 167, 173-174; see also Exhibit 1 and Exhibit 72 marked at Oct. 15th Magnotta Deposition). I have now demonstrated in writing no fewer than seven times my present ELE Request is for 446 Forest Road, Vail, Colorado, beginning wi.th my email to you on October 20, 2021 through my most recent email correspondence to you ofN ovember 15, 2021 and again today.

Despite my numerous, persistent, and well-documented requests for ELE from January 2020 through March of 2020, I concur that Chubb to date has paid and approved only seven nights at the Ritz-Carlton in Bachelor Gulch for a one bedroom hotel room

As I have consistently stated since the Insured Event, it's my opinion and that of my professional insurance and bad faith experts that my ELE under my Chubb Masterpiece Policy (Number 13787210-02) is not limited to a total of 60 days and "I [have always] reserve[d] all my rights and remedies pursuant to law and as set forth in the terms and conditions of the Policy" with regard to my prior (and future) requests for ELE in excess ofany 60 day so-called "policy limit" stated by you on behalf of Chubb. I further dispute that I am only limited to an additional 53 days ofELE and I dispute that "53 days ... is the remaining number of days available under the ELE provision of the Policy." Nonetheless, I do agree that my most recent October 2021 and November 2021 ELE requests for Vail Rental #3 are for only 53 nights. That said, the so-called "Six.Ly-Day LirniL" remains Lo be decided by Lhe CourL and a jury in Lhe federal Colorado liLigation along with the FRY claims and all bad faith claims against Chubb and Great Northern for FRY, ELE and THAS, and all claims against my

insurance brokers Santana and Krupowicz.

Next I would like to address your statement that: "It appears the proposed length of stay would exceed your policy limit of 60 days." First, as set forth above, I do not agree that my Policy limits me to 60 days ofELE. Second, under your analysis, a sixty-day limit only allows the insured 59 nights. That statement by my first-party insurer once again demonstrates how my insurer, Chubb, construes its policy language to my detriment. As you well know having stayed in hotels and short term rentals throughout your professional career, a "stay" is identified, determined by, and paid for in terms of nights stayed. Payment for one night includes the day of check-in and morning of check-out.

The rental period for my recent 446 Forest Road ("446") ELE Request is determined by nights stayed. Here, 53 nights:

Arrival at 446 December 20, 2021
Departure at 446 January 2, 2022
This for 13 Nights; it is NOT a 14-Day Rental.

Arrival at 446 January 11, 2022
Departure at 446 January 25, 2022
This for 14 Nights; it is NOT a 15-Day Rental.

Arrival at 446 February 1, 2022
Departure at 446 February 27, 2022
This for 26 Nights; it is NOT a rental that ends on February 25, 2022 (as you indicate). Please see Lindsay Jones October 14, 2021 Email Correspondence (Ex. 72 at your deposition).

Chubb's persistent misstatements of fact are but one of many sources of my concern. For example, you state on page two of your November 17 correspondence that you "approve" my rental at 446 and are allowing 53 days, which is only 52 nights. Just as troubling, is that while you say you "approve" my rental of 446, you follow that statement by adding the caveat of "we will consider issuing additional amounts" beyond $309,280.00 after your verification that I will have stayed at 446 for the first 13 nights. What Chubb has not agreed to take into consideration is that after I have stayed the first 13 nights at 446, I will have already been legally, contractually, and personally obligated to pay for the additional 40 nights ($950,900.00). This is simply not acceptable and a breach of the terms and conditions ofmy Policy. And, quite frankly, based on my past experience with respect to ELE and Chubb's unreasonable denials and delays for approval (e.g., "we will take your ELE request under consideration", followed by subsequent denials), I do not trust Chubb to actually pay these bills in full (bills that will have been incurred by me, your insured). On its face, this is preposterous. I will not put myself in that financially untenable position; this is why I, along with millions of other insureds, purchase property and ELE insurance. I need to know and have written assurance that ifl agree to stay at 446 for the full 53 nights as requested, Chubb will guarantee payment to the owners and/or their representatives at Invited Home for the lease/rental payments totaling $1,260,180.00.

This is what I propose, instead: I and an authorized representative of Chubb/Great Northern will promptly sign the lease/rental agreement for 446. I will be fully and solely responsible for compliance with all terms and conditions of the rental agreement with the exception oflease/rental payments. Chubb will be solely responsible for all lease/rental payments and security deposit(s). Chubb will make all lease/rental and security payments directly to 446, not to me. It is important to note, and as you have been made aware, 446 will not hold/secure my requested and approved 53 rental nights unless and until all lease/rental payments have been paid in full and well in advance of the requested short-term rental stay(s).

Thank you, and I await your prompt response.

Mark

Mark Jay Krum

---

Mark Jay Krum

---

This email (including any attachments) is intended for the designated recipient(s) only, and may be confidentiai non-public, proprietary, and/or protected by the attorney-client or other privilege. Unauthorized reading, distribution, copying or other use of this communication is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) should not be deemed a waiver of any privilege or protection. If you are not the intended recipient or if you believe that you have received this email in error, please notify the sender immediately and delete all copies from your computer system without reading, saving, printing, forwarding or using it in any manner. Ahhough it has been checked for viruses and other malicious software ("malware"), we do not warrant, represent or guarantee in any way that this communication is free of malware or potentially damaging defects. All liability for any actual or alleged loss, damage, or ury arising out of or resulting in any way from the receipt, opening or use of this email is expressly disclaimed.

Claim id: 5A62B09EBE8FC8CC
Start time: 11/23/2021 06:39 PM EST
End time: 11/23/2021 06:39 PM EST

---