**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| **MARK JAY KRUM**<br>**Plaintiff,**<br>**v.**<br><br>**CHUBB LIMITED;**<br><br>**AND**<br><br>**GREAT NORTHERN INSURANCE COMPANY;**<br><br>**AND**<br><br>**CELIA SANTANA;**<br><br>**AND**<br><br>**DALE KRUPOWICZ;**<br><br>**AND**<br><br>**PERSONAL RISK MANAGEMENT SOLUTIONS, LLC,**<br><br>**Defendants.** | **CASE NO.: 1:20-cv-03616-RM-NRN**<br><br>**PLAINTIFF'S RESPONSE AND OPPOSITION EXHIBITS TO DEFENDANT GNIC's MOTION FOR SJ** |

**PLAINTIFF'S RESPONSE AND OPPOSITION TO DEFENDANT GREAT NORTHERN INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT**

**OPPOSITION EXHIBIT NO. 28**
**USUAL VACATION OCCUPANCY**

**_File Note Title:Legal** Cor - 03/27/2020 ConfCall Summary
**Create** Date:3/30/2020 12:31 PM
**Author:** STEVE MORTENSEN
**File Note Text:**
File Note Created By: Steve W. Mortensen
Date File Note Created: 3/30/2020 12:31:08 PM
Date Email Received From Sender: 3/30/2020 10:22:49 AM
Email Sent From: crocco@fgppr.com
Email Sent To: MARK KRUM; Mortensen,Steve W; Le,TommyV
Email Copied To: James,Abigail L.; Dye Crickett Priscilla
Subject: [EXTERNAL] Krum- Strawberry Park Road Loss; Chubb/Great Northem Call Agenda Update; March 27, 2020

This email will memorialize the agenda topics which were reviewed during the March 27th call. See Agenda attached. As evidenced by emails, Mr. Krum was invited to contribute to the Agenda, but declined. Steve Mortensen, Tommy Le, Mark Krum, Cricket Dye, Abigail James, and I were on the call. This email is not intended as a transcript of the call. The purpose of this email is to identify the issues that have been resolved and the issues to be addressed moving forward.

* Topic I: Dwelling Advanced Payment

o Chubb confirmed that an endorsement to the Policy identifying the current loss payee, SPS, has been issued. Chubb approved a $500,000 advance to Mr. Krum. Mr. Krum confirmed receipt of the $500,000 advance payment. Chubb thanked Mr. Krum for his efforts to obtain the requested waivers and identify the proper loss payee.

0

* Topic 2: ELF/Ritz-Carlton Stay

o Chubb previously approved Mr. Krum's request to stay at the Ritz-Carlton for up to 13 days. It is Chubb's understanding that, due to the coronavirus pandemic, the Ritz-Carlton closed on March 21, 2020. As such, Mr. Krum will continue to reside at the Strawberry Park Road home when in Colorado. Chubb requested that Mr. Krum advise ifhe intends on obtaining alternate living arrangements. Chubb also confirmed that Mr. Krum has submitted sufficient information to establish that his "usual vacation occupancy" is 60 days per year. Chubb again advised that pursuant to the Policy's ELE provision, 60 days is the Policy limit on ELE coverage. Chubb and Mr. Krum reserve all rights on the application of the ELE provision and the terms and conditions of the Policy.

• Topic 3: P'admnt

o Ohubb verified that the "Padmnt &dease" is nruJ ru:id void, andl that JVI:r. Krnm is no longe1 int,e1ested in proceeding \vith the Packont Re?ease.