**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| **MARK JAY KRUM**<br>**Plaintiff,**<br>**v.**<br><br>**CHUBB LIMITED;**<br><br>**AND**<br><br>**GREAT NORTHERN INSURANCE COMPANY;**<br><br>**AND**<br><br>**CELIA SANTANA;**<br><br>**AND**<br><br>**DALE KRUPOWICZ;**<br><br>**AND**<br><br>**PERSONAL RISK MANAGEMENT SOLUTIONS, LLC,**<br><br>**Defendants.** | : | **CASE NO.: 1:20-cv-03616-RM-NRN**<br><br>**PLAINTIFF'S RESPONSE AND OPPOSITION <u>EXHIBITS</u> TO DEFENDANT GNIC's MOTION FOR SJ** |

**PLAINTIFF'S RESPONSE AND OPPOSITION TO DEFENDANT GREAT NORTHERN INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT**

**OPPOSITION EXHIBIT NO. 40**
**APRIL 15 JS HELD REPORT**

JS|HELD

April 15, 2020

Mr. Steve Magnotta
Chubb
600 Independence Parkway
Chesapeake, VA 23327-4700

RE: ***MARK JAY KRUM RESIDENCE – EQUIPMENT SCOPE***
Type of Loss: Water
Date of Loss: December 24, 2019
Claim No.: 047519042569
J.S. Held File No.: 19121566

Dear Mr. Magnotta:

In accordance with your request, this report discusses the wipe sample analysis performed for equipment involved in the above-referenced incident and the results provided. As you are aware, during our inspection from March 10 to March 13, we collected 103 wipe samples from equipment in areas claimed as affected. The samples were collected to detect corrosive anions (Ion Chromatography) and detection of the reported Glycerin contaminant (Gas Chromatography).

A representative sample from each area containing equipment was submitted. The sample consists of 9 Gas Chromatography wipes and 17 Ion Chromatography wipes. The samples were submitted to a third-party forensic lab, Armstrong Forensic Laboratory, for analysis. Additional samples can be submitted upon request.

**Attachment 1**, included herein, is a summary schedule outlining the wipe sample results and the reports from Armstrong Forensic Labs. Gas Chromatography allows the lab to detect a specific contaminant. Since the reported contaminant possibly contained glycerin, we requested that the lab detect whether any amount of glycerin was present on the samples provided. It should be noted that the detection results determined by the lab are in parts per million, which are very small amounts. The reporting limit is >23 parts per million. Based on the findings of the report, except for the control sample, no glycerin was detected in the samples.

EXHIBIT: 24A
WIT: Kirkpatrick
DATE: 11-18-21
S.R.

EXHIBIT 24A
10/15/21 Magnotta VCR

The samples submitted for Ion Chromatography are to detect any presence of corrosive compounds within the equipment due to the incident. These corrosive compounds, specifically chlorides are typically detected when there is direct contamination present or when humidity mixes with dust or other corrosive debris inside the equipment. These results are also measured in parts per million (a very small amount). Results above below 10 micrograms per square inch are typically considered clean by manufacturer's standards. Based on these results, there is no evidence of high chlorides or corrosive compounds on the equipment sampled. Additional samples may be submitted should further analysis be required.

If you have any questions or require additional information, please contact us at (800) 227-5610.

Sincerely,

Anthony J. Danza

Anthony Danza
Vice President – Equipment Consulting Practice

# ATTACHMENT 1

**Project Name:** Mark Jay Krum
**Address:** 373 Strawberry Park, Avon, CO
**J.S. Held Project Number:** 19121566

**Date of Loss:** December 24, 2019
**Loss Type:** Water / Glycerin
**Prepared by:** JS Held

**Wipe Sample Analysis**

| Ref. No. | Wipe Sample No. | Area | Unit | Wipe Location | Notes | Wipe Analysis | ANIONS (See Note 1) | | | | GLYCERIN ANALYSIS (See Note 2) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Chloride ($Cl^-$) | Nitrate ($NO_3$) | Phosphate ($PO_4^{3-}$) | Sulfate ($SO_4$) | |
| 1 | 0 | Control | Control | Control | Control Sample - 5 drops of 70% Alcohol Only | Ion Chromotography | 2.52 | < 0.45 | < 2.7 | 0.55 | |
| 2 | 0-1 | Control | Control | Control | Control Sample - 5 drops of 70% Alcohol Only | Gas Chromotography | | | | | < 23 |
| 3 | 1 | Theater AV Rack 1 | APC - Rack 1 | Exterior | | Gas Chromotography | | | | | < 23 |
| 9 | 7 | Theater AV Rack 1 | Integra Head Unit | Interior | | Ion Chromotography | < 0.45 | 2.87 | < 2.7 | < 0.45 | |
| 13 | 11 | Theater AV Rack 1 | CAT DSP | Exterior | | Ion Chromotography | < 0.45 | 0.57 | < 2.7 | 3.18 | |
| 21 | 19 | Theater AV Rack 1 | Cat Amp 2 | Interior | | Ion Chromotography | 1.29 | 1.91 | < 2.7 | 0.84 | |
| 23 | 21 | Theater AV Rack 2 | UPS | Exterior | | Gas Chromotography | | | | | < 23 |
| 25 | 23 | Theater AV Rack 2 | AMX 2100 | Interior | | Ion Chromotography | < 0.45 | 0.97 | < 2.7 | < 0.45 | |
| 29 | 27 | Theater AV Rack 2 | Runco Projector Control | Interior | | Ion Chromotography | < 0.45 | 3.20 | < 2.7 | < 0.45 | |
| 35 | 33 | Theater AV Rack 2 | AMX Panel | Interior | | Ion Chromotography | < 0.45 | 3.92 | < 2.7 | < 0.45 | |
| 46 | 44 | Theater AV Rack 2 | Request Server Array | Interior - HD3 | | Ion Chromotography | < 0.45 | < 0.45 | < 2.7 | < 0.45 | |
| 50 | 48 | Theater AV Rack 3 | APC Rack 3 | Exterior | | Ion Chromotography | 1.51 | 2.96 | < 2.7 | 1.10 | |
| 51 | 49 | Theater AV Rack 3 | APC Rack 3 | Exterior | | Gas Chromotography | | | | | < 23 |
| 56 | 54 | Theater AV Rack 3 | CAT DSP | Interior | | Ion Chromotography | 2.45 | 3.41 | < 2.7 | 31.9 | |
| 60 | 58 | Theater AV Rack 3 | CAT Amp 3 | Interior | | Ion Chromotography | 0.87 | 0.72 | < 2.7 | 1.23 | |
| 70 | 68 | Theater AV | Runco Projector | Exterior | | Ion Chromotography | 0.55 | 2.45 | < 2.7 | 2.35 | |
| 71 | 69 | Theater AV | Runco Projector | Exterior | | Gas Chromotography | | | | | < 23 |
| 76 | 74 | Kitchen Rack | AMX Control | Exterior | | Ion Chromotography | 1.09 | 1.38 | < 2.7 | 2.59 | |
| 77 | 75 | Kitchen Rack | AMX Control | Exterior | | Gas Chromotography | | | | | < 23 |
| 82 | 80 | Kitchen Rack | Request Server | Interior | | Ion Chromotography | 0.57 | 2.41 | < 2.7 | 1.49 | |
| 90 | 87 -1 | Bar AV | AMX Control | Exterior | | Ion Chromotography | 1.61 | 0.47 | < 2.7 | 3.46 | |
| 94 | 91 | Bar AV | Denon Head Unit | Exterior | | Ion Chromotography | 1.10 | 0.77 | < 2.7 | 1.01 | |
| 95 | 92 | Bar AV | Denon Head Unit | Exterior | | Gas Chromotography | | | | | < 23 |
| 102 | 99 | Great Room Wall Plates | AMX Control Keypad | Interior | | Gas Chromotography | | | | | < 23 |
| 106 | 103 | Foyer | Source - Landing | | Positive Control Sample | Gas Chromotography | | | | | 37,200 |
| 108 | Bulk B | Foyer | Source - Landing | | Positive Control Sample | Ion Chromotography | 0.56 | 3.61 | < 2.7 | 2.93 | |

**Notes:**
1) Surface wipe samples are expressed in µg/in$^2$.
2) Samples are analyzed by gas chromatography, via flame ionization detector for the presence of glycerin. Samples are diluted with a solute by a factor of 1:1, with the exception of wipe sample 103 (Ref. 106), which was diluted by a factor of 200:1.