**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| **MARK JAY KRUM** **Plaintiff,** v. **CHUBB LIMITED;** **AND** **GREAT NORTHERN INSURANCE COMPANY;** **AND** **CELIA SANTANA;** **AND** **DALE KRUPOWICZ;** **AND** **PERSONAL RISK MANAGEMENT SOLUTIONS, LLC,** **Defendants.** | : | **CASE NO.: 1:20-cv-03616-RM-NRN** **PLAINTIFF'S RESPONSE AND OPPOSITION EXHIBITS TO DEFENDANT GNIC's MOTION FOR SJ** |

**PLAINTIFF'S RESPONSE AND OPPOSITION TO DEFENDANT GREAT NORTHERN INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT**

**OPPOSITION EXHIBIT NO. 42**

**JS HELD SPREADSHEET**

EXHIBIT 24C
10/15/21 Morphett

EXHIBIT

| | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | ,uod11 0, qD ,01uJuo,<n>ClICl'C;;a,a,ci111"0J,1'Ji>IMcJ ,0,•1•,.Jo1"3j••: ,AcH·uop;,..........<x111un | | | | | | | | | | | | | | | | |
| =!· p,>1.por::lljlfMP"P'r>Ui | | | | | | | | IIII | IIII | | | | | | | | | | | | | | | | | | |
| | | ' J ' J J | | | | | | | | | 1c•wi1 n1ruq1u o•......,J.td<h1.- C1pou;,uuo>1..i11JC1;rbJ,:rtt,,.oii:,,u,,o, q..,JC"!.. IWIIOIINJO'vol'<OU<D'IIJµ!Odl ,- t;:11"'0N""'McJ;a_..1lMJOI"" tN>U••oN·INOjll>lldop<J•-p;,-OdJUO | | | | | | | | | | YO:x1,,n AjlIelm J.tMOd 91i'Sd | 'i16ULUIYlt£lt | 1m, -l)J) 9NS. | | | | |
| | | | | | | | | | | | wcu1any,o;"'I'!C"'ll.ljaqo1u1-• 'llN"""'_,. ,,1.q.,,,,,.,p"lPJl'OCl"'l,.,,111 ,i<Ajofl:>l ,O "°"o;;a>'1u/ll"'",..............at'l'!"-CH"IJ"McJ ,o,.ic•1o<uJ;,,otNu•oN-ur,1N,a,,,.Oduun | | | OO"otn i | ocrOLn s | t | ,ag'ou(Oj p;,;• tJI DI/OOtl ·IHUf11tN | — ,,-'11 | | | »g0I1w:)lw•1•,...,U1 OI/OOtHNI"111'tH | 690(090It§Ott | OI/OOU:-IN | | | | |
| | | | | | | | | | | | •MCl\Uit ,o•-,1cuo, °Ju!l>OOI»1r• IN"ll'l "A"!-"ON •,.l-JOruJil""!,.I"! ON,uOfl»IIUCDatqn,0"""'1uuouru,o ,._,.,u'1u!!'och..1vo ON"l..°)Ajt ,o,.a...101111,,"!,.U•cN -- ocll/Un | | | 0006"( S | 00'06)'( S | i | '!•l>1111:{I 4'i(JZfIlf'1Jlt •,IOS'fl'tl | | | | 0/IW\/w.,cma>Ozl 1nJr.In"'Oc1SO | | | | | | |
| | | | | | | | | | | | ,a•-o,;o, ic.,t"'i.r•1N;.11ur Dtl"!,.. •0••1••1<>""'1'°1,.I"I ,,,,.....<Ijl»UU<D qn,o tullOUN,O \lC1pOU0>'1uJI001,a1........"""0NV("'»II ,o,.......,,.1c1uJrl,01,a1,aoN·"" ""IJUI'l | | | 00'016't S | 00'016't S | i | ninc1H,o •J-1]-IlUAI'l <ISOlt"ll■. ""d"J1ftY | | | | nu,a... ,a, 0/IV1Jr/MJOfl2'C1Jd 11 1n)J'Gc1SO | HltttnwtlIOOt -Ql | ltl!U)"IUJO | """I""tpal:L CS'ttlfWOj_qr,i | i<MWlll"l>J | "1""11,,.,..11 | llOt |
| | | | | | | | ,OJlunbaJa'"'I-CfiIJ. | IIII | | IIII | | | Y/11 | 00'006'st S | 00'006'H S | t | 1110fll,qjf.) "J4W UrфJd "' ' __!' '' | | | | I-"I'd""IIl'li!IM'J 1YOjlLt.i,r) 'llt1U111tAo>d """ IIJJ | | | """'"'I I cpny ....,.JOJ •J | "luadl!...,J /ul/Q() | ,at""I.lf!AOI1 | n |
| | | | | | | | | | | | • • • ɔ J0'UOflGJJOyl'l"•l<ld>a,11.MLN,al"! "A"f',Off."I"""',g:.11r,.10tulri"!••l"! <>N,UC9».JUOj'r(,t>JOJO!.a!H>OIWIJJC \lO!"'U0>'1ufUCClf,a1voai<;.11,"oN"l-"1 ,O,aJ•J11j011jJil;CIJJ,II tON'UOp;,JM<Odl/ll(I | | | | | | lII'1Dlt•,e oµi,NJ4f1 dSOZVU"!U""-; Ju!'W>01d0.'P"f | | | | u,no ••a / 0/IWIX/"""'a:><ud i/tlllS'sl/I!odSQ | 'irOOcl'iO:t>r11 | l8Xd!tdSO | °""P"1 | | | |
| | | | | | | | | | | | 'bf,10CH.•tr-"1""';"!a:c.i!-1"DN.,,,.. ,,, ....., ...,o ....Ji,1ruHl"!"H,,,o,ua,.,,,0> "'Il"""O!JUHIIOUIJ,CUOfl<JIlO> """ucdluJ••"-i'II"'ON"Ui,.,,i.1,anu"'J" 1uJr,1••u•JQDNVOl-od1iun:,.......J,d111Y | | | | | | | | | | ..,!'!d........,i,owno | 1ctOOL-oo;;z.1ou,y | | | | | |
| | | IIIIII | | | | | | | | | -,,.,.,....,c'UO(I.O;,o) ,001,.11,.,1N,. lIlf "I"-"NVJ»JJ;I ,a,.;.,,.10 1•u.a,.4c11,uc,.,_o, q ,o"'IHl••uouru,0"°!«1,;o, ?\Jpu><l1,a,t• =t'llAON-"! ,o .. u,.10 rulril""""•<>N"""""""JUn•r•"'IJ '"V | | | OlI'OOISI S | O(I'OOI'St S | t | .ail'l'I"'YIY.I | Jl.OI011rJS'.00 | MO!<Ml"'l | | | | | M<J'"'IW.L DI"'f' It'l | )ILt'UDj'DJ | ,a1r"'IJ.f!',Cil | )6 |
| | | | | | | | | I>OUJ•-- .1:· =:. = | | | | | | | | | | | | | | | | | | | |
| | [illegible] | | | | | | | [illegible] | | | | | | [illegible] | | | | | | [illegible] | | | | | | | |

9'Xlzt61""1"' "afa.;41'11ffTr

Ot!HI 0)"""4Y '\Jt4.l..lu 11•,;s Ell :ua,PPW

| | | | |
|---|---|---|---|
| | | | •ill"II.UIII ai>IIUI"'I P-/1an"Mom-at.. •O'I.I0/10UIII...,pio<If ... IIM,op,IUI |
| | | | "Rf"IIN'.. 1,0,.1..,J<>"'J:II-IUI OfIWO:I-.,,OJ";<In,11 i.,;auouru111 | 00"'9.1 \| $ \| 00 9.1 \| $ \| 1 \| ..OU WH.Id \| COIS"IO \| UNIOI \| IIHwO:NIJ \| n: |
| 'PIIIf...-JUII»J OJ>t'IOjIIIIjUO!IPXW | uiww•-•d /aHM!jO'Il't'IIU:•Il | | $ \| 00'661 \| $ \| \ \| ""VI"•IUOJ |
| 11.in11'-n-palrwrp UUfIT!lplI.>Od•1 | !!..,,a,111 1qWOUOJ;1I11H•»nda11 | .... ,O- '''s1I1UO p.......,4"''' J>0»!...... jII II.I'I!'JIIIIff | |
| | | ...J!ld'IHI....."1>111.0af11J51AIIffVII,....,M04 | • •I.<J'ITINOH \| U{oaolt&06t \| 9/ IrJ'"Ilu!IA.1..,t9 \| XYaI(•OOHI |
| | | IIIU!r.. jllwl/l,c'IHIIJ[0t,j"'"IIII,>NUO, ••1r•OH"l,a>AjIIJII"IIMjOII,ill'JJ11!,.1>-.00t,i 1oa'-'4IIO[ IO.'..:topul'..apaH"""4 | 1x:rs,.n \| $ \| 00'SU', \| $ \| 1 \| ..,.COS, – "[q"IjOIIUOIzr• 1/ISdndl•IIIJ.II•M \| A">t-HdUMNJ |
| | | VUj0<1»p,o 11.,(U"liuJ:Jodlo,a1........o,..1uior1...!""11 a:qOJ0"1.. JUUIII'II\J0'"1=>J10I'IJ[u""' j0.0"!11'1""1'•Kopu1uopa,a..od | |
| | | .....-1»['1.0 " JIIII"luj!loils,a11•1N1.. IUOff"VJ.. >J,;J 1..:r1o""""f-""la.>pal-I""II!oadIUI jII.....,I'"fIII[NIO!Ir-pulUIlp.oJ........ | $ \| 00'SIII \| $ \| 1 \| MUSJ'•NXJIJI "Sdn...-,otu11>..., |
| )OJ.oliHotpa, ...'1C.IfiUIID"I'!a,'1'<1 "pl<IU!I,LXD<IPI!I,an["'I-iO | "1'"''S \| f,6I6S \| 6f;-i6S | Wrt1f''J(l'ff' ...,.,, P.,!»WIIJ"lut11ods• •-"I""IU IIfI"!W1,o,a ,,,jIIr"i,:1.,.,...:U0N ...,.,,UI""!IIIIlutP"" IIN"IP"f\j 1ou111,'Jn'UOII»<NJ!laawi1Ir1,1op.,a..a, | $ \| 00'0II \| $ \| 1 |
| "'I e,fdwm;""I3'0!'d "pIIII!IUO>I1P1JI.un | jV,:-Iot.I-IIHf ")I | Off"!""•>,I,;J;o,a11MJo...i..1rwa:,aoN IM,,"1"111111\:.p,mHINIIIJ'IIUnt IIIUI]I."n"II! Joa,a,;i111,111p.o.........od | |

"ill16t""I"IINPaf<u4PI"M'S'r
OI:9110).........,.. .a,.........,i uE::u.a,ppy

,1az:'n •......,,..""'O

l:1'1110

...,c,DaWo:>pairponr purtu,qn1P1

oo·oort S OO OO'l S 1 Jalf""{I U,yt<:U.OUUIIIW

Yhl s oo·aoo·H S 1 uo.1r,,,a"""P 'l"l>HU!.... ,oq.,

UOfli--0,n"1 uµr.ppa:nOflON

S ocroooE S t 1u•"""""""" u:,f,uda"!1·U<C• ·i>qUOf|"Cl!ID'P •J "-'i,,,,t"f

1uawan,rw fII1!1-1-Itd

iuaw.Jrurt, 1»/oJJ

1U"fi>WUOlpa1rpo,;tr putlu;qn1,a1

S ocroro·r S 1

1'0-0Ipur "1IIU""1w.J... r11:n

a;1urlu!J11nrirp pu,..,.,.,_,.\I..,. Iln a1fI0,""'II/O"a..i11•1

w o>p:,1rpo,;,r purJu!lqr>IPl

o:roo,·, s 0000,·1 S t wa11Mai,i_n .-o,v •.O op,rpuu:s,iJ,H

•fIlln-my•.O o,:,,,tpurJISljl,H

S c.rot S t

- irw,oi111 JOj u bau u, · OU

,0,1-. ... ,..........0111 """lifWJO)"! 10/"-""baJa.K•OSl

00·01 OOS6 00·01 OOS6

1•1,, 1 CIIIJI •V"""S/ a,,tl

· tr1 M1 ,_.,,lldSf L

11JaWq>0J

,,i.i,"u......,.. ,air """°l'f lt

""°VSIIS JOa1u OdO..:1 ai"""""J

00"008$ OO"SHS

-.,°W--°....-P jOadOJ'I.IOJU"Iooi't

'lw.J:U•jOl_,IU 1O•1.:pdo

ruf'lw.Jl1.-LIIO>II>II3 Jui111'!11oa1o,pdn '1""1wwr4o..:1.-,

',O1,, uauo""1""""IH• '1.."1'ION "1MMjtJ0.,1r•Jo1uJr!ON-uopa-IlCll.l"fl

$

11 ••111 11">!"-'0UC»ION••>r,d;oJ,i 'I>'<1a!!/UHp01 1""1-•ON- •p:I;oJI

i 00·, 1

S 00·0,,

" ,,,, 1'l"14111f1"1

IXrOOft S OO'OOl'1 S t MIC>JIWjIIU0·f0I

IO"u<>JOJ-"JiJIUDd'IJal-IO!Jal"! -OH"\11,a»jt,o"'ItMjO_,l/Iltu.. ;"t OH,l'UIO'-..,J10>'1u!J1""••l- Gf'!'o OH'\J!.,>,l,jt•o.a,..,.iowJrl1rwa;,ao11

......)(g OO>I6S OIHII5

J#faiDt IOI-,..ION··>

'c|'-'|" IO"UO!'IIJ>OI'Iaµ)odf .. ,,_,o,.lOl"f .; OH"1.,µp,o,air,,,a..,1is1.,,,,.1111 DN"IlnIIO""l'OUDl"tunimlt,ai- ON,i!.,>D»IUjlI•ut?<l..,,..I>•ON ......,o,HM<>doU

oo·o,t,r S 00·09,,z S i IOP>!°Il.,:1 •l ,,op,:U!(J'<!rvsra I'S£I:si)8'r•I(I-RQ

UHDIJO,......... 41MJJ't""r:il ,Oit

"IU!J,IY.OIH

,I1.,a,{11.,aouoim11r11,.p111"UpaJ<jS7"!11td• u1- ql',-."N"'J.,>41!,o.,1.,111•utr,ON

I.PV.......... fqfU"!I/-

9'X'Itt6I""!'-""NJWOfcu.iPI"HTI
OI9tl0)"""Y'li>rd.4Jw•;•u11s(It:11aJPPV

**.U'dlla**

[illegible]

ll""1,,H'" "l"DH""l,.,;>.lj1,a,.,1.,.
J01'4!ljtl,U,lll,UON"pJPl'pdO>L><>!ladU1J
I"""""] "!IIMOI p,al!Jlr1J.aAD>,.,.,,;,O,;-

ua H<ISIOO U•M

S OO"O'il

·;n LI$
jOOI'-' >dp,uo,ueiJ

·IlQWll:,...p,,arwrp
/O>(l(>>-1,0JUOll<>GJ!Y

Y/N oaosn

pu<u"lll"IW>•I
'lu•w<Il nba
j01u(lUnO

uoil•w10J"l
....,1,at\b>,--091

S CXJ"005 uo:r,...:unXI(l:,
lup•••uiluJU11"<]

"L>OI!•WJ<lj"]
JOJIUfll>al-·QU

V/N oo·oon S l)(rtK)Z"t 5 ,Wn1WD1

W""" n,r
p>fo•d

7.ia!.aJ

·'lC<l"l:l/"'P'l
lr.l'l"""""l"N·•>rid•ll

"'O!Pl<Ho!Jo•w11 1lr1n,01uJ.><10
·-•!!un >I/-"1UOiIJIIA•"l"'IPJ•
>M0-JJIIJ,_1"1d ._1,10punQj>[SP!W'fl!'<Jl

·.w>O<(/SLt$
100,r, ..:1,.,...,..,,

··IIJUJfl"OP,..-W'P
jO·:,fJOJUO!IU<IU'r

S IXJ"OOOt S ,,.1
'2 IU-lll S iOlllIOJ
""1 110•1rp:!n
iwwu10,:1.a11

'JWa)Li.SiOJWO)
Jui1"2n10•1opdn
7fu!wwu10,

oiwwr,IKIJd n,1ri
7.ia1.oJ

S oo·In f!np<>WWJW"fll
dwr,uo11n1

dwr1uomn

01£<lllf
/t-<IJ£llll

IUIM
()O'JUW"tQ

·Inl->I!UO"POl
lr>\"""3->l<>N·•>'jd•ll

'\l jOaU..JJ IIfirvo<l•"""
••-lll"(l"P-jll,...uonn'1b.-.:,i"1P,•
..... ioJJO/<•uida•"""P""'l"l'->,l,ji•;<ll"!h

·u•MCO!I
...Wi,lI'(Il'l'll"!P'll

J!O<l,>jj/u•a,po1
1• -)allIf,1-.._..qd...

'\I"!i»II"-!JOOW)! llllI"UO[!O"OO
u-•1/Uf!'<••.Pl!-"IIIOIIJTIA""I]"!P.•
""'J"1w,11oa..•uQ,...-,0J""Pfl••aii<ll"J1

1Bww ,pu•M
O'ir'l P•dAa I/II

JaWWS,lHM
OSI"1prd.U I/ll
UDU"89ZYV"!Prtl

V/N
v/N 00·000·S S 00"1¥1
S 001XI0"9

"'1<10.Il!W•J
WW.,..,.,Jd
waa,\/<UIIJO)

:n.oiwwulo, w•1 5

I]WWe.<lld i,pflli.J--O
1,p<!ISJ

J>l'O'IJO!il"U!W"I
-.,,•w<l!flba
JDlufl""O

p,r"UO!I""I1
WdJni>a
jOlu)lun0V'I

"IIOl<W•DJ"l
l<>jl""!>a"""OU

oru pu••nJ1
"1u,ww,,:to,,raJd

<lrul';pul""l
wwu!DJd 'd

-uolu;wo;ui
,01,...,1,;,,_.oa1

U"!lrJ.,..UJnXl(f:11
!u! Jut;,,"(J

Il"!lrJUOWIOO(]
/Juj1 Ju1u1;s"(J

/ulino

V/M OO"OOll"r S OO"tllIII" S

"'' ''!O•
ll""""1ll"U)plOO)
...,..wa!n,1
l»(o,d•WJl·I-lvd

UO/Ill,,IIUc>
11"-"UC>j IUPJOO)
1u•w•Jru, 1,, ,,,d

;o11,,,1>a,,-oe1

,Prt1" .1.
rJ"\J'l""V'I
fa'l""'"ll">fJ

"<rJJrP:,b»;i•ta""1,..."I
01p,alJ!lJ!l•e>IIL><>Jl»druj'l....-ba1 ,.,.,,,d

JDJI...,b;,J,oa,,•1)81

wo1o>p;,lfp<><>•
p.•lu qr, U<Jt

·n•"" 1»il•to""'l,......"I
OI J WIl••• "'l'l<a,-b,>Jp.a.......iad

-.uapai;,ao1,rpMfl-."1
01 11wr1u•voJl»Ol"!'lwti>a• zrw,.wd

,KIJllar.t,;,,aa,;-Qil

'7WO!lAS1"WDJ
luj!4'njomp:!n
'tIJ!wwulor.!"11

'7IU-II'-"Sil'IUO)
lhJ!>4'!1Jo•i,p:!n
'lh.ilWWUl(l;daH

·uoluw,01"l
J0J1-J - 091

-.,aap,a1».1• -"I
o,p,a lll!lU,LIOJIlTO<"l!IIfll>alp,a,#>'lU!Jad

A.Jril/-nvuo,ln, A,TIC,O'lI!UOlll!

99SUt6t"q"""P:>j,,J.fPl"HTr
ozgJfCJ'uo,,y '>i"dAlJa<!,. Jt<; £IE!IWJPPV

JaJM:NAJ.'1<>1

l.:IVHO

Date of Loss: [illegible]

Loss Type: Water

| Claimed Equipment Submitted on Tenderlink | | | | | | | | Tenderlink Proposed Replacement (Claim Value) | | | | | | Field Inspection Comments | | | | | | Field Preliminary Recommendation (See Notes 1,2) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | Visible Water and/or Damage Found? | Visible Corrosion / Rust / Discoloration Found? | Power / Electrical Issues Found? | | | | | | | | | |
| [illegible] | | | | | | | | [illegible] | | | | | | [illegible] | | | | | | [illegible] | | | | | | | | |

Preliminary - For Discussion Purposes Only