**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| **MARK JAY KRUM**<br>**Plaintiff,**<br>**v.**<br><br>**CHUBB LIMITED;**<br><br>**AND**<br><br>**GREAT NORTHERN INSURANCE COMPANY;**<br><br>**AND**<br><br>**CELIA SANTANA;**<br><br>**AND**<br><br>**DALE KRUPOWICZ;**<br><br>**AND**<br><br>**PERSONAL RISK MANAGEMENT SOLUTIONS, LLC,**<br><br>**Defendants.** | **CASE NO.: 1:20-cv-03616-RM-NRN**<br><br>**PLAINTIFF'S RESPONSE AND OPPOSITION EXHIBITS TO DEFENDANT GNIC's MOTION FOR SJ** |

**PLAINTIFF'S RESPONSE AND OPPOSITION TO DEFENDANT GREAT NORTHERN INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT**

## OPPOSITION EXHIBIT NO. 43
## ENVISTA FORENICS REPORT

ENVISTA FORENSICS

7887 E. Belleview Ave., Suite 1100
Denver, CO 80111

TOLL-FREE 888.782.3473
envistaforensics.com

# EQUIPMENT DAMAGE INVESTIGATION

## Mark Jay Krum

Chubb Group of Insurance companies claim #: 047519042569
Envista Matter No: MAT- 109490-Q0G0

REPORT DATE: June 8, 2020

Prepared For:
Mr. Steven J. Magnotta
Executive General Adjuster, AVP
North America Property Claims
Chubb Group of Insurance companies
600 Independence Parkway, Chesapeake,
VA 23327-4700
Email: smagnotta@chubb.com

EXHIBIT: 25C
WIT: Kirkpatrick
DATE: 11-18-21
S.R.

EXHIBIT VLF
25C
10/15/21 Magnotta

## PURPOSE

Envista Forensics (Envista) was retained by Mr. Steven J. Magnotta of Chubb Group of Insurance companies for the above referenced assignment on April 24, 2020. The scope of the assignment was to determine the extent of the reported water damage, to the Theatre and Home Automation System (THAS) inside the subject residential property. The insured's property was located at 373 Strawberry Park Road in Beaver Creek, Colorado.

## BACKGROUND

It is Envista's understanding that due to a sprinkler head failure at a multi-story property of the insured, water was reported to have penetrated on to the THAS system. The water was reported to have initially splashed on to the electric and communication cables and found its way on to the THAS equipment. The insured had reported inoperability issues for some of the equipment and had concerns that the water and moisture may cause accelerated corrosion and future reliability issues.

## INVESTIGATION

Envista initially contacted Mr. Magnotta, who provided preliminary details of the incident and loss reported. Envista requested that Mr. Magnotta make an appointment with Mr. Krum for Envista to inspect the subject property in order to diagnose and evaluate the scope of the claimed water damage to the equipment.

On April 28, 2020, Envista met with Mr. Krum, as well as a technician/representative from Servpro, inside the insured's subject property. During this visit, Envista had access to the THAS system.

Envista later reviewed a quote for the repair and replacement of the claimed damaged THAS equipment provided by the company Frankentek. Having reviewed the provided quotation, Envista made a second appointment to further inspect the amplifiers and remove one of the claimed damaged amplifiers on May 1, 2020. During this visit Envista spoke to Mr. Pavlek of Frankentek on the phone. Envista had also informed the original equipment manufacturer (OEM), California Audio Technology (CAT) that they would be removing this amplifier by taking the right precautions in order for it to be tested inside a clean lab environment. On May 18, 2020 Envista returned to the loss site with the primary goal of inspecting the speakers which were also claimed to have been affected by the incident involving the failed sprinkler head. During this visit, Envista also obtained wipe samples for contamination analysis purposes.

## OBSERVATION AND FINDINGS

Envista made the following observation during the inspections of the facility on April 28 and May 1, 2020:

1. The insured's property was a multi-story building (Photograph 1). Upon entrance to the property, restoration was still observed to be underway (Photograph 2).

2. The failed sprinkler which was located on the upper floor (left hand side of entrance) had already been capped off and repaired (Photographs 3 through 4).

3. The THAS system which was located on the lower level of the building was inspected (Photographs 5 through 6). Upon inspection of the claimed water damaged audio-video equipment, no water residue in the form of water spotting and streaking was seen on the exterior cabinets of the equipment. The insured stated that several of the audio-video components had already been inspected and cleaned by a restoration company prior to Envista's visit.

4. Envista also gained access to the theatre room (Photographs 7 through 8). At the time of inspection, several of the Bayonet Neill Concelman connector (BNC) cable racks inside the ceiling were said to have been exposed to the water.

5. During the second visit, the amplifiers were tested. One of the amplifiers would not turn on, did not produce the right output voltage and was inoperable. This amplifier was removed from the rack (Photographs 9 through 11). The amplifier was collected as evidence and brought to the lab to be further tested (Photograph 12).

6. Envista carried out inspection of interior components of the amplifier. Upon accessing the interior components including the printer circuit boards (PCB's), no water residue was found on any of the surfaces (Photographs 13 through 16).

7. Physical damages to capacitors and thermal sensors were observed (Photograph 17). These damaged could be contributed to either an overvoltage/overheating event. The possibility of water exposure to the surface of these components could not be eliminated.

Throughout these visits, Envista had not yet gained access to any of the speakers inside the theater room as they been covered. However it was agreed that the insured would remove the cover of the speakers in order for them to be inspected by Envista. The insured had claimed seeing water drip from parts of the ceiling inside the theater room. There was a claim that the water could have ran down the walls onto the speakers affecting both theory functionality and causing future dependability issues. These issues are caused as a results of the water penetration. The water and moisture may cause accelerated corrosion and future reliability issues. Therefore it is important to examine the speakers and observe any pattern indicating presence of water and more importantly the level of chloride residue on the surfaces exposed.

In order to obtain the gain this information, Envista would need to obtain wipe samples from surfaces which could have potentially been exposed to water and contaminants. Envista therefore secured wipe samples from various equipment throughout the theater room in order to ascertain ionic contamination levels present as a result of the possible water exposure. Samples were secured from all surfaces, including those more suspect to water exposure. The sampling process is detailed below:

The contamination samples are obtained using an industry standard technique that involves a 6 square inch template and sterile isopropyl alcohol wipe pads. This technique allows for results that can be compared to research data to assess future equipment reliability. In the US Department of Energy (DOE) Fire Protection Handbook, Volume II, under "Fire Effects on Electrical and Electronic Equipment," it was shown that the probability of failure of equipment increases exponentially with increasing ionic contamination levels. The study provided scientific data regarding the corrosive contamination level below which the probability of failure is zero and also levels above which restoration may not be a viable

option depending on surface degradation such as pitting. A graphical representation of the DOE study is shown in Figure 1.




**Figure #1 Device failure probability after Smoke Exposure**

During Envista's inspection of the insured's facility on May 18, 2020 the following was observed:

1. The main projector for the theater room was tested (Photograph 18). Multiple attempts were made to turn on the projector. The projector was non-responsive to the initial attempts and an error message was produced. On other attempts made, Envista was able to reboot the projector and an image was obtained. These steps were repeated and the projector responded to signals intermittently (Photograph 19).

2. During the third visit, the insured had arranged for the speaker covers to be removed (Photograph 20 through 21).

3. No water marks were observed on top of the sensitive sections of speaker systems themselves (Photograph 22). Wipe samples were obtained with the supervision of the insured (Photograph 23).

4. Two (2) of the speakers on the right and left hand side of entry had water marks on their body (Photograph 24). A wipe sample was also obtained from one of the cancellation covers (Photograph 25).

5. Speakers in other sections of the theater room were also inspected and wipe samples were obtained from some surfaces (Photograph 26).

6. During this visit Envista noticed that the digital signal processor (DSP) was not operable. The ReQuest was not responsive either.

Envista sent a select subset of wipe samples (7 samples including the control) to Environmental Monitoring and Technologies, Inc. in Morton Grove, Illinois for analysis. Envista selected the samples to provide a more precise assessment of contamination levels from the items in question, including a sample representing speakers in different locations inside the theater room. The test panel included results for chloride, fluoride and sulfate contamination, which are the most common combustion byproducts known to cause corrosion and associated higher failure rates. The DOE study also shows that at contamination levels of about 20 µg/in² (micrograms per square inch) or less, the probability of failure is zero as a result of ionic contamination. Therefore, based on the DOE study, equipment, and particularly electrical and electronic components, with contamination levels above 20µg/in² is typically recommended for decontamination. Conversely, the level of corrosive particulate must be reduced to below 20µg/in² or less (chloride equivalent) after decontamination to eliminate the potential for corrosion. The equipment examined is listed in Table 1 with their contamination concentration results from lab analysis. The laboratory report from Environmental Monitoring and Technologies is included as Attachment A-Supporting Documents.

As can be seen in Table 1, the contaminations levels for most the wipe samples obtained were well below 20 µg/in². Based on the analysis there were slightly higher levels for a wipe sample obtained from the exterior body of one of the speakers right by the entrance (the insured had claimed seeing water drip in this area) as well as a section of the ceiling right on the exterior of the theater room.

**Table 1 - Equipment List and Contamination Concentration Results**

| Item | Sample Location | Sample ID | Chloride Equivalent (µg/in²) |
|---|---|---|---|
| 1 | Theater room | Underneath Cancellation | 49.3 |
| 2 | Theater room | Cancellation | 3.93 |
| 3 | Theater room | Ceiling half left hand side | 2.47 |
| 4 | Theater room | Left hand Theater | 5.65 |
| 5 | Exterior of Theater room | Top Ceiling Truss | 21.0 |
| 6 | Theater room | Left Hand Front | 00.0 |

Due the contamination levels being higher 20µg/in² for these two (2) samples, it would be necessary to clean the internal and external components of both of these speakers. Due to possibility of exposure of the Insulation/absorption material around these two (2) speakers, Envista recommends replacement of the exposed insulation/absorption material. The optical, HDMI and coax cables too are recommended to be replaced due to water exposure. It is recommended that the cleaning of the two (2) speakers commence as quickly as possible yet due to the loss happening around 6 months ago, Envista would actually recommend replacement of the speakers.

Envista recommends that the damaged CAT amplifier be replaced due to the damage sustained to internal components. The role of an amplifier is to amplify low level signals to high levels which can be

transferred on to the speakers. The damaged amplifier has seven (7) channels rated to flow 250 watts per channel. The current proposal for the replacement amplifier is a slight upgrade (300 watts per channel) hence it has a superior current flow to the speaker. Parameters such as signal to noise ratio and distortion are going to be superior to the amplifier which the insured currently possesses. There is therefore no need to replace all four (4) amplifiers.

Envista believes that other damaged pieces of equipment which need to be replaced are the projector, Request Media Player, the Blu-Ray player, the Power- UPS equipment APC smart 750 and the Network Attached Storage (NAS) Raid system. If identical like in kind and quality replacement can be found that would bring the system back to pre-loss condition. One of the DSP unit was inoperable during the third visit and is also recommended to be replaced. If after replacing these equipment, the insured continues to have recurring issues, the recommendation can be re-evaluated.

Table 1 below lists the equipment which Envista believes have been affected by the water leak and also states the recommendation Envista is rendering to be done.

**Table 1. List of damaged equipment as well as Envista's rendered recommendation**

| Item | Damaged Equipment | Description | Recommendation |
|---|---|---|---|
| 1 | One (1) of the CAT amplifiers | Internal component damage which is irreparable | Replacement |
| 2 | Two (2) of speakers inside the Theater room | Chloride contamination levels higher than threshold | Replacement |
| 3 | Insulation/absorption material in area around the two (2) speakers | Could be exposed by water | Replacement |
| 4 | One (1) of the digital signal processors | Module is inoperable | Replacement |
| 5 | Request Media Player | Module is inoperable | Replacement |
| 6 | The NAS Raid system. | Module is inoperable | Replacement |
| 7 | Optical, Hdmi, Digital Coax Cables | Could be exposed by water | Replacement |
| 8 | Speaker cables | Could be exposed by water | Replacement |
| 9 | Blu-Ray player | Module is inoperable | Replacement |
| 10 | Power- UPS equipment, APC Smart | Could be exposed by water | Replacement |
| 11 | Projector | Module is experiencing intermittent operability issues | Replacement |



**Photo #1 The insured's property was a multi-story building**



**Photo #2 General view of the front entrance to the property**



**Photo #3 Upon entering the property the failed sprinkler was located on the upper floor (left hand side of entrance)**



**Photo #4 The failed sprinkler had already been capped off and repaired**



**Photo #5 The THAS system was located on the lower level**



**Photo #6 Rear view of the THAS equipment**



**Photo #7 General view of the theatre room**



**Photo #8 General view of the theatre room**



**Photo #9 During the second visit one of the amplifiers was removed**




**Photo #10 During the second visit one of the amplifiers was removed**



**Photo #11 Rear view of the removed amplifier location**




**Photo #12 The amplifier was collected as evidence and brought to the lab**



**Photo #13 The amplifier was internally inspected inside a lab setting**



**Photo #14 No signs of water residue was found on any of the printed circuit boards (PCB's)**



Photo #15 The surface of PCB's were closely inspected




Photo #16 The surface of PCB's were closely inspected



**Photo #17 Physical damages to capacitors and thermal sensors were observed**




**Photo #18 The projector was tested**




**Photo #19 The projector would not boot up correctly and showed intermittent errors**



**Photo #20 During the third visit, the insured had arranged for the speaker covers to be removed**



**Photo #21 Wipes samples were obtained from different areas inside the theater room**




**Photo #22 No water marks were observed on top of the sensitive sections of speaker systems themselves**




**Photo #23 Wipe samples were obtained with the supervision of the insured**



**Photo #24 Two of the speakers on the right and left hand side of entry had water marks on their body**



**Photo #25 Wipe sample was obtained from one of the cancellation covers**



**Photo #26 Speakers in other section of the theater room were also inspected and wipe samples were obtained from some surfaces**

**CONCLUSIONS**

After conducting its investigation, Envista hereby certifies that the expressed opinions and conclusions have been formulated within a reasonable degree of professional certainty. They are based upon all of the information known by Envista at the time this report was issued, as well as knowledge, skills, experience, training, and/or education. It is Envista's professional opinion that:

1. Envista recommends replacement of two (2) of the speakers inside the Theater room due to higher chloride contamination levels.

2. Envista recommends the replacement of only one (1) of the amplifiers. The replacement amplifier would be compatible with the other three (3) amplifiers.

3. Other damaged pieces of equipment which need to be replaced are the Theater Projector, Request Media Player, the Network Attached Storage (NAS) Raid system, the Blu-Ray player, the Power- UPS equipment APC smart 750, one (1) of the DSP units as well as the HDMI and digital coax cables for the theater room. If identical like in kind and quality replacement can be found that would bring the system back to pre-loss condition.

4. Due to possibility of exposure of the Insulation/absorption material around two (2) of the speakers, Envista recommends replacement of the exposed insulation/absorption material.

**CLOSURE**

Photographs taken during our work, which are not included in this report, are retained in our files and are available to you upon request.

This report is for the exclusive use of our client and is not intended for any other purpose. Our report is based on information made available to us at this time. Should additional information become available, we reserve the right to determine the impact, if any, of the new information on our opinions and conclusions and to revise our opinions and conclusions if necessary and warranted by the discovery of additional information.

Thank you for allowing us to provide this service. If you have any questions or need additional assistance, please call or email.

Sincerely,

Arash Hajjam, Ph.D., P.E., CFEI
Senior Project Engineer
Envista Forensics

Technical Reviewed By:

William McBride

Will McBride
District Manager
Envista Forensics

Attachments:
A – Contamination Analysis Results

# Attachment A:
# Contamination Analysis Results

Environmental Monitoring and Technologies, Inc.

509 N. 3rd Avenue Des Plaines, Illinois 60016 P 847.967.6666 800.246.0663 F 847.967.6735 www.emt.com

# Analytical Report

Arash Hajjam
Envista Forensics
4523 E Kentucky Circle
Denver, CO 80246

May 27, 2020

Work Order: 20E0796

RE: Chloride, Nitrate, Sulfate Panel
MAT-109490

Dear Arash Hajjam:

Enclosed are the analytical reports for the EMT Work Order listed. Also included with this analytical report is a copy of the chain of custody associated with these samples. If you have any questions, please contact me.

Sincerely,

Tim Witrzek
Federal Program Manager
847.967.6666
twitrzek@emt.com
Approved for release: 5/27/2020 11:53:59AM

Approved by,

Matthew Gregory
Technical Manager

The contents of this report apply to the sample(s) analyzed. No duplication is allowed except in its entirety. Detection and Reporting limits are adjusted for sample size used, dilutions and moisture content, if applicable.

State of Illinois, NELAP Accredited Lab No. 100256, Cert No. 1002562020-1

NELAP ACCREDITED TNI LABORATORY

# *Table of Contents*

| | |
|---|---|
| *Cover Letter* | *1* |
| *Sample Summary* | *3* |
| *Case Narrative* | *4* |
| *Client Sample Results* | *5* |
| *Dates Report* | *11* |
| *Quality Control* | *12* |
| *Certified Analyses* | *13* |
| *List of Certifications* | *13* |
| *Qualifiers and Definitions* | *14* |
| *Chain of Custody* | *15* |

Environmental Monitoring and Technologies, Inc.

509 N. 3rd Avenue Des Plaines, Illinois 60016 P 847.967.6666 800.246.0663 F 847.967.6735 www.emt.com

## Sample Summary

| Sample ID | Laboratory ID | Matrix | Date Sampled | Date Received |
|---|---|---|---|---|
| Underneath Cancellation | 20E0796-02 | Wipe | 05/20/20 00:00 | 05/22/20 12:00 |
| Cancellation | 20E0796-03 | Wipe | 05/20/20 00:00 | 05/22/20 12:00 |
| Cieling Half Left Hand Side | 20E0796-04 | Wipe | 05/20/20 00:00 | 05/22/20 12:00 |
| Left Hand Theater | 20E0796-05 | Wipe | 05/20/20 00:00 | 05/22/20 12:00 |
| Top Cieling Truss | 20E0796-06 | Wipe | 05/20/20 00:00 | 05/22/20 12:00 |
| Left Hand Front | 20E0796-07 | Wipe | 05/20/20 00:00 | 05/22/20 12:00 |

Environmental Monitoring and Technologies, Inc.

509 N. 3rd Avenue Des Plaines, Illinois 60016 P 847.967.6666 800.246.0663 F 847.967.6735 www.emt.com

## Case Narrative

**Client:** Envista Forensics

**Date:** 05/27/2020

**Project:** Chloride, Nitrate, Sulfate Panel
MAT-109490

**Work Order:** 20E0796

---

All reported results are within defined laboratory quality control objectives unless listed below or otherwise qualified in this report.

Sample results only relate to the sample(s) received at the laboratory and analytes of interest tested.

**Work Order: 20E0796**

The samples were received on 05/22/20 12:00. The samples arrived in good condition and properly preserved. The temperature of the cooler at receipt was:

| Cooler | Temp C° |
|---|---|
| Default Cooler | 24.2 |

Refer to Qualifiers and Definitions for quality and analytical clarifications or deviations.

The sample results in this work order have been adjusted based on the control sample results of:

| Compound | Concentration |
|---|---|
| Chloride | Non-detect |
| Nitrate | 0.520 |
| Sulfate | Non-detect |

Environmental Monitoring and Technologies, Inc.

509 N. 3rd Avenue Des Plaines, Illinois 60016 P 847.967.6666 800.246.0663 F 847.967.6735 www.emt.com

## Client Sample Results

| | | | |
|---|---|---|---|
| **Client:** | Envista Forensics | **Client Sample ID:** | Underneath Cancellation |
| **Project:** | Chloride, Nitrate, Sulfate Panel MAT-109490 | **Report Date:** | 05/27/2020 |
| | | **Collection Date:** | 05/20/2020 00:00 |
| **Work Order:** | 20E0796 | **Matrix:** | Wipe |
| | | **Lab ID:** | 20E0796-02 |

| Analyses | Result | EMT Reporting Limit | Qual | Units | Date/Time Analyzed | Batch | Analyst |
|---|---|---|---|---|---|---|---|
| ***On Site Analysis*** | | | | | | | |
| **Method: Non-Analytical Data** | | | | | | | |
| Area | 6.00 | | | in2 | 05/26/20 10:07 | B0E0728 | TW1 |
| ***Anions by Ion Chromatography*** | | | | | | | |
| **Method: SW9056A / Water Extraction** | | | | | | | |
| Chloride, Leachable | 28.7 | 2.00 | | ug/wipe | 05/26/20 13:35 | B0E0752 | MM7 |
| Nitrogen, Nitrate, Leachable | 0.840 | 0.400 | | ug/wipe | 05/26/20 13:35 | B0E0752 | MM7 |
| Sulfate, Leachable | 361 | 6.00 | | ug/wipe | 05/26/20 13:35 | B0E0752 | MM7 |
| ***Calculated Analysis*** | | | | | | | |
| **Method: [CALC]** | | | | | | | |
| Chloride Equivalent | 49.3 | | | ug/in2 | 05/26/20 13:35 | [CALC] | MM7 |
| Sodium chloride Equivalent | 81.2 | | | ug/in2 | 05/26/20 13:35 | [CALC] | MM7 |

Environmental Monitoring and Technologies, Inc.

509 N. 3rd Avenue Des Plaines, Illinois 60016 P 847.967.6666 800.246.0663 F 847.967.6735 www.emt.com

## Client Sample Results

(Continued)

| | | | |
|---|---|---|---|
| **Client:** | Envista Forensics | **Client Sample ID:** | Cancellation |
| **Project:** | Chloride, Nitrate, Sulfate Panel<br>MAT-109490 | **Report Date:** | 05/27/2020 |
| | | **Collection Date:** | 05/20/2020 00:00 |
| **Work Order:** | 20E0796 | **Matrix:** | Wipe |
| | | **Lab ID:** | 20E0796-03 |

| Analyses | Result | EMT Reporting Limit | Qual | Units | Date/Time Analyzed | Batch | Analyst |
|---|---|---|---|---|---|---|---|
| ***On Site Analysis*** | | | | | | | |
| **Method: Non-Analytical Data** | | | | | | | |
| **Area** | **6.00** | | | in2 | 05/26/20 10:07 | B0E0728 | TW1 |
| ***Anions by Ion Chromatography*** | | | | | | | |
| **Method: SW9056A / Water Extraction** | | | | | | | |
| **Chloride, Leachable** | **5.08** | 2.00 | | ug/wipe | 05/26/20 14:04 | B0E0752 | MM7 |
| Nitrogen, Nitrate, Leachable | < 0.400 | 0.400 | | ug/wipe | 05/26/20 14:04 | B0E0752 | MM7 |
| **Sulfate, Leachable** | **25.0** | 6.00 | | ug/wipe | 05/26/20 14:04 | B0E0752 | MM7 |
| ***Calculated Analysis*** | | | | | | | |
| **Method: [CALC]** | | | | | | | |
| **Chloride Equivalent** | **3.93** | | | ug/in2 | 05/26/20 14:04 | [CALC] | MM7 |
| **Sodium chloride Equivalent** | **6.47** | | | ug/in2 | 05/26/20 14:04 | [CALC] | MM7 |

Environmental Monitoring and Technologies, Inc.

509 N. 3rd Avenue Des Plaines, Illinois 60016 P 847.967.6666 800.246.0663 F 847.967.6735 www.emt.com

## Client Sample Results

(Continued)

| | | | |
|---|---|---|---|
| **Client:** | Envista Forensics | **Client Sample ID:** | Cieling Half Left Hand Side |
| **Project:** | Chloride, Nitrate, Sulfate Panel MAT-109490 | **Report Date:** | 05/27/2020 |
| | | **Collection Date:** | 05/20/2020 00:00 |
| **Work Order:** | 20E0796 | **Matrix:** | Wipe |
| | | **Lab ID:** | 20E0796-04 |

| Analyses | Result | EMT Reporting Limit | Qual | Units | Date/Time Analyzed | Batch | Analyst |
|---|---|---|---|---|---|---|---|
| ***On Site Analysis*** | | | | | | | |
| **Method: Non-Analytical Data** | | | | | | | |
| **Area** | **6.00** | | | in2 | 05/26/20 10:07 | B0E0728 | TW1 |
| ***Anions by Ion Chromatography*** | | | | | | | |
| **Method: SW9056A / Water Extraction** | | | | | | | |
| **Chloride, Leachable** | **5.16** | 2.00 | | ug/wipe | 05/26/20 14:32 | B0E0752 | MM7 |
| Nitrogen, Nitrate, Leachable | < 0.400 | 0.400 | | ug/wipe | 05/26/20 14:32 | B0E0752 | MM7 |
| **Sulfate, Leachable** | **13.1** | 6.00 | | ug/wipe | 05/26/20 14:32 | B0E0752 | MM7 |
| ***Calculated Analysis*** | | | | | | | |
| **Method: [CALC]** | | | | | | | |
| **Chloride Equivalent** | **2.47** | | | ug/in2 | 05/26/20 14:32 | [CALC] | MM7 |
| **Sodium chloride Equivalent** | **4.07** | | | ug/in2 | 05/26/20 14:32 | [CALC] | MM7 |

Environmental Monitoring and Technologies, Inc.

509 N. 3rd Avenue Des Plaines, Illinois 60016 P 847.967.6666 800.246.0663 F 847.967.6735 www.emt.com

## Client Sample Results
(Continued)

| | | | |
|---|---|---|---|
| **Client:** | Envista Forensics | **Client Sample ID:** | Left Hand Theater |
| **Project:** | Chloride, Nitrate, Sulfate Panel MAT-109490 | **Report Date:** | 05/27/2020 |
| | | **Collection Date:** | 05/20/2020 00:00 |
| **Work Order:** | 20E0796 | **Matrix:** | Wipe |
| | | **Lab ID:** | 20E0796-05 |

| Analyses | Result | EMT Reporting Limit | Qual | Units | Date/Time Analyzed | Batch | Analyst |
|---|---|---|---|---|---|---|---|
| ***On Site Analysis*** | | | | | | | |
| **Method: Non-Analytical Data** | | | | | | | |
| **Area** | **6.00** | | | in2 | 05/26/20 10:07 | B0E0728 | TW1 |
| ***Anions by Ion Chromatography*** | | | | | | | |
| **Method: SW9056A / Water Extraction** | | | | | | | |
| Chloride, Leachable | < 2.00 | 2.00 | | ug/wipe | 05/26/20 15:01 | B0E0752 | MM7 |
| Nitrogen, Nitrate, Leachable | < 0.400 | 0.400 | | ug/wipe | 05/26/20 15:01 | B0E0752 | MM7 |
| **Sulfate, Leachable** | **45.8** | 6.00 | | ug/wipe | 05/26/20 15:01 | B0E0752 | MM7 |
| ***Calculated Analysis*** | | | | | | | |
| **Method: [CALC]** | | | | | | | |
| **Chloride Equivalent** | **5.65** | | | ug/in2 | 05/26/20 15:01 | [CALC] | MM7 |
| **Sodium chloride Equivalent** | **9.30** | | | ug/in2 | 05/26/20 15:01 | [CALC] | MM7 |

Environmental Monitoring and Technologies, Inc.

509 N. 3rd Avenue Des Plaines, Illinois 60016 P 847.967.6666 800.246.0663 F 847.967.6735 www.emt.com

## Client Sample Results

(Continued)

| | | | |
|---|---|---|---|
| **Client:** | Envista Forensics | **Client Sample ID:** | Top Cieling Truss |
| **Project:** | Chloride, Nitrate, Sulfate Panel MAT-109490 | **Report Date:** | 05/27/2020 |
| | | **Collection Date:** | 05/20/2020 00:00 |
| **Work Order:** | 20E0796 | **Matrix:** | Wipe |
| | | **Lab ID:** | 20E0796-06 |

| Analyses | Result | EMT Reporting Limit | Qual | Units | Date/Time Analyzed | Batch | Analyst |
|---|---|---|---|---|---|---|---|
| ***On Site Analysis*** | | | | | | | |
| **Method: Non-Analytical Data** | | | | | | | |
| **Area** | **6.00** | | | in2 | 05/26/20 10:07 | B0E0728 | TW1 |
| ***Anions by Ion Chromatography*** | | | | | | | |
| **Method: SW9056A / Water Extraction** | | | | | | | |
| **Chloride, Leachable** | **9.36** | 2.00 | | ug/wipe | 05/26/20 15:30 | B0E0752 | MM7 |
| Nitrogen, Nitrate, Leachable | < 0.400 | 0.400 | | ug/wipe | 05/26/20 15:30 | B0E0752 | MM7 |
| **Sulfate, Leachable** | **158** | 6.00 | | ug/wipe | 05/26/20 15:30 | B0E0752 | MM7 |
| ***Calculated Analysis*** | | | | | | | |
| **Method: [CALC]** | | | | | | | |
| **Chloride Equivalent** | **21.0** | | | ug/in2 | 05/26/20 15:30 | [CALC] | MM7 |
| **Sodium chloride Equivalent** | **34.7** | | | ug/in2 | 05/26/20 15:30 | [CALC] | MM7 |

Environmental Monitoring and Technologies, Inc.

509 N. 3rd Avenue Des Plaines, Illinois 60016 P 847.967.6666 800.246.0663 F 847.967.6735 www.emt.com

## Client Sample Results

(Continued)

| | | | |
|---|---|---|---|
| **Client:** | Envista Forensics | **Client Sample ID:** | Left Hand Front |
| **Project:** | Chloride, Nitrate, Sulfate Panel MAT-109490 | **Report Date:** | 05/27/2020 |
| | | **Collection Date:** | 05/20/2020 00:00 |
| **Work Order:** | 20E0796 | **Matrix:** | Wipe |
| | | **Lab ID:** | 20E0796-07 |

| Analyses | Result | EMT Reporting Limit | Qual | Units | Date/Time Analyzed | Batch | Analyst |
|---|---|---|---|---|---|---|---|
| ***On Site Analysis*** | | | | | | | |
| **Method: Non-Analytical Data** | | | | | | | |
| **Area** | **6.00** | | | in2 | 05/26/20 10:07 | B0E0728 | TW1 |
| ***Anions by Ion Chromatography*** | | | | | | | |
| **Method: SW9056A / Water Extraction** | | | | | | | |
| Chloride, Leachable | < 2.00 | 2.00 | | ug/wipe | 05/26/20 15:58 | B0E0752 | MM7 |
| Nitrogen, Nitrate, Leachable | < 0.400 | 0.400 | | ug/wipe | 05/26/20 15:58 | B0E0752 | MM7 |
| Sulfate, Leachable | < 6.00 | 6.00 | | ug/wipe | 05/26/20 15:58 | B0E0752 | MM7 |
| ***Calculated Analysis*** | | | | | | | |
| **Method: [CALC]** | | | | | | | |
| Chloride Equivalent | 0.00 | | | ug/in2 | 05/26/20 15:58 | [CALC] | MM7 |
| Sodium chloride Equivalent | 0.00 | | | ug/in2 | 05/26/20 15:58 | [CALC] | MM7 |

Environmental Monitoring and Technologies, Inc.

509 N. 3rd Avenue Des Plaines, Illinois 60016 P 847.967.6666 800.246.0663 F 847.967.6735 www.emt.com

# Dates Report

**Client:** Envista Forensics

**Project:** Chloride, Nitrate, Sulfate Panel MAT-109490

**Work Order:** 20E0796

**Report Date:** 05/27/2020

| Sample ID | Client Sample ID | Collection | Matrix | Test Name | Leached Prep Date | Prep Date | Analysis Date | Batch ID | Sequence |
|---|---|---|---|---|---|---|---|---|---|
| 20E0796-02 | Underneath Cancellation | 05/20/20 | Wipe | Chloride Equivalent | | 05/26/20 10:07 | 05/26/20 13:35 | [CALC] | |
| | | | | Wipe Area | | 05/26/20 10:07 | 05/26/20 10:07 | B0E0728 | |
| | | | | Nitrogen, Nitrate (NO3) as N, Anions by IC | 05/26/20 09:30 | 05/26/20 09:30 | 05/26/20 13:35 | B0E0752 | S0E0369 |
| | | | | Sulfate (SO4), Anions by Ion Chromatography | 05/26/20 09:30 | 05/26/20 09:30 | 05/26/20 13:35 | | |
| | | | | Chloride, Anions by Ion Chromatography | 05/26/20 09:30 | 05/26/20 09:30 | 05/26/20 13:35 | | |
| 20E0796-03 | Cancellation | | | Chloride Equivalent | | 05/26/20 10:07 | 05/26/20 14:04 | [CALC] | |
| | | | | Wipe Area | | 05/26/20 10:07 | 05/26/20 10:07 | B0E0728 | |
| | | | | Chloride, Anions by Ion Chromatography | 05/26/20 09:30 | 05/26/20 09:30 | 05/26/20 14:04 | B0E0752 | S0E0369 |
| | | | | Nitrogen, Nitrate (NO3) as N, Anions by IC | 05/26/20 09:30 | 05/26/20 09:30 | 05/26/20 14:04 | | |
| | | | | Sulfate (SO4), Anions by Ion Chromatography | 05/26/20 09:30 | 05/26/20 09:30 | 05/26/20 14:04 | | |
| 20E0796-04 | Cieling Half Left Hand Side | | | Chloride Equivalent | | 05/26/20 10:07 | 05/26/20 14:32 | [CALC] | |
| | | | | Wipe Area | | 05/26/20 10:07 | 05/26/20 10:07 | B0E0728 | |
| | | | | Sulfate (SO4), Anions by Ion Chromatography | 05/26/20 09:30 | 05/26/20 09:30 | 05/26/20 14:32 | B0E0752 | S0E0369 |
| | | | | Nitrogen, Nitrate (NO3) as N, Anions by IC | 05/26/20 09:30 | 05/26/20 09:30 | 05/26/20 14:32 | | |
| | | | | Chloride, Anions by Ion Chromatography | 05/26/20 09:30 | 05/26/20 09:30 | 05/26/20 14:32 | | |
| 20E0796-05 | Left Hand Theater | | | Chloride Equivalent | | 05/26/20 10:07 | 05/26/20 15:01 | [CALC] | |
| | | | | Wipe Area | | 05/26/20 10:07 | 05/26/20 10:07 | B0E0728 | |
| | | | | Nitrogen, Nitrate (NO3) as N, Anions by IC | 05/26/20 09:30 | 05/26/20 09:30 | 05/26/20 15:01 | B0E0752 | S0E0369 |
| | | | | Sulfate (SO4), Anions by Ion Chromatography | 05/26/20 09:30 | 05/26/20 09:30 | 05/26/20 15:01 | | |
| | | | | Chloride, Anions by Ion Chromatography | 05/26/20 09:30 | 05/26/20 09:30 | 05/26/20 15:01 | | |
| 20E0796-06 | Top Cieling Truss | | | Chloride Equivalent | | 05/26/20 10:07 | 05/26/20 15:30 | [CALC] | |
| | | | | Wipe Area | | 05/26/20 10:07 | 05/26/20 10:07 | B0E0728 | |
| | | | | Chloride, Anions by Ion Chromatography | 05/26/20 09:30 | 05/26/20 09:30 | 05/26/20 15:30 | B0E0752 | S0E0369 |
| | | | | Nitrogen, Nitrate (NO3) as N, Anions by IC | 05/26/20 09:30 | 05/26/20 09:30 | 05/26/20 15:30 | | |
| | | | | Sulfate (SO4), Anions by Ion Chromatography | 05/26/20 09:30 | 05/26/20 09:30 | 05/26/20 15:30 | | |
| 20E0796-07 | Left Hand Front | | | Chloride Equivalent | | 05/26/20 10:07 | 05/26/20 15:58 | [CALC] | |
| | | | | Wipe Area | | 05/26/20 10:07 | 05/26/20 10:07 | B0E0728 | |
| | | | | Chloride, Anions by Ion Chromatography | 05/26/20 09:30 | 05/26/20 09:30 | 05/26/20 15:58 | B0E0752 | S0E0369 |
| | | | | Nitrogen, Nitrate (NO3) as N, Anions by IC | 05/26/20 09:30 | 05/26/20 09:30 | 05/26/20 15:58 | | |
| | | | | Sulfate (SO4), Anions by Ion Chromatography | 05/26/20 09:30 | 05/26/20 09:30 | 05/26/20 15:58 | | |

experts at providing environmental testing solutions
water • soil • waste • product • sampling

Environmental Monitoring and Technologies, Inc.

509 N. 3rd Avenue Des Plaines, Illinois 60016 P 847.967.6666 800.246.0663 F 847.967.6735 www.emt.com

# Quality Control

**Client:** Envista Forensics
**Project:** Chloride, Nitrate, Sulfate Panel
MAT-109490
**Work Order:** 20E0796

**Report Date:** 05/27/2020
**Matrix:** Water

## Anions by Ion Chromatography

| Analyte | Result | Reporting Limit | Units | Spike Level | Source Result | %REC | %REC Limits | RPD | RPD Limit | Qual |
|---|---|---|---|---|---|---|---|---|---|---|
| ***Batch: B0E0752*** | | | | | | | | | | |
| **Blank (B0E0752-BLK1)** | *Prepared: 05/26/2020 09:30 Analyzed: 05/26/2020 11:41* | | | | | | | | | |
| Chloride | < 0.0500 | 0.0500 | ug/wipe | | | | | | | |
| Nitrogen, Nitrate | < 0.0100 | 0.0100 | ug/wipe | | | | | | | |
| Sulfate | < 0.150 | 0.150 | ug/wipe | | | | | | | |
| **Blank Correction, Control (B0E0752-BLK2)** | *Prepared: 05/26/2020 09:30 Analyzed: 05/26/2020 13:07* | | | | | | | | | |
| Chloride | < 0.800 | 2.00 | ug/wipe | | | | | | | |
| Nitrogen, Nitrate | 0.520 | 0.400 | ug/wipe | | | | | | | |
| Sulfate | < 2.00 | 6.00 | ug/wipe | | | | | | | |
| **LCS (B0E0752-BS1)** | *Prepared: 05/26/2020 09:30 Analyzed: 05/26/2020 12:09* | | | | | | | | | |
| Chloride | 0.206 | | mg/L | 0.2000 | | 103 | 90-110 | | | |
| Nitrogen, Nitrate | 0.0950 | | mg/L | 0.09040 | | 105 | 90-110 | | | |
| Sulfate | 0.420 | | mg/L | 0.4000 | | 105 | 90-110 | | | |
| **LCS (B0E0752-BS2)** | *Prepared: 05/26/2020 09:30 Analyzed: 05/26/2020 12:38* | | | | | | | | | |
| Chloride | 4.98 | | mg/L | 5.000 | | 99.6 | 90-110 | | | |
| Nitrogen, Nitrate | 2.24 | | mg/L | 2.260 | | 99.2 | 90-110 | | | |
| Sulfate | 10.1 | | mg/L | 10.00 | | 101 | 90-110 | | | |

Environmental Monitoring and Technologies, Inc.

509 N. 3rd Avenue Des Plaines, Illinois 60016 P 847.967.6666 800.246.0663 F 847.967.6735 www.emt.com

## Certified Analyses included in this Report

| Analyte | CAS # | Certifications |
|---|---|---|
| ***SW9056A in Water*** | | |
| Chloride, Leachable | 16887-00-6 | DoD,ILEPA,ISO,WDNR |
| Nitrogen, Nitrate, Leachable | 14797-55-8 | DoD,ILEPA,ISO,WDNR |
| Sulfate, Leachable | 14808-79-8 | DoD,ILEPA,ISO,WDNR |

## List of Certifications

| Code | Description | Number | Expires |
|---|---|---|---|
| AKDEC | State of Alaska, Dept. Environmental Conservation | 17-011 | 05/31/2022 |
| CPSC | US Consumer Product Safety Commission, Accredited by PJLA Lab No. 1050 | L18-184-R1 | 03/31/2021 |
| DoD | Department of Defense, Accredited by PJLA | L18-183-R3 | 03/31/2021 |
| ILEPA | State of Illinois, NELAP Accredited Lab No. 100256 | 1002562020-1 | 07/27/2020 |
| ISO | ISO/IEC 17025, Accredited by PJLA | L18-184-R1 | 03/31/2021 |
| TX | Texas Commission of Environmental Quality | T104704554-19-4 | 10/31/2020 |
| WA | Washington State Department of Ecology | C1057 | 01/05/2021 |
| WDNR | State of Wisconsin Dept of Natural Resources | 999888890 | 08/31/2020 |

Environmental Monitoring and Technologies, Inc.

509 N. 3rd Avenue Des Plaines, Illinois 60016 P 847.967.6666 800.246.0663 F 847.967.6735 www.emt.com

## Qualifiers and Definitions

| Item | Description |
|---|---|
| %Rec | Percent Recovery |

ENVIRONMENTAL MONITORING AND TECHNOLOGIES, INC.®
8100 North Austin Avenue
Morton Grove, Illinois 60053-3203
847-967-6666
FAX: 847-967-6735
www.emt.com

20E0796
PM: Tim Witzek
Envista Forensics
Chloride, Nitrate, Sulfate Panel

# Record

TURNARAOUND TIME:
☐ RUSH
_____ day turnaround
☐ ROUTINE

Due Date: 05-20-2020 COC #:

Company: Envista Forensics
Address: 4523 E Kentucky Circle
Denver, CO, 80246
Phone #: (720) 966-3904 Fax #: ( ) -
P.O. #: Proj. #: MAT-109 490
Client Contact: Akbsy HAJJAM
Project ID / Location:

**Sample Type:** 1. Waste Water 2. Drinking Water 3. Soil 4. Sludge 5. Oil 6. Groundwater 7. Groundwater (filtered) 8. Other

**Container Type:** P - Plastic G - Glass V - VOC Vial B - Tedlar Bag O - Other

**Preservative:** 1. None 2. $H_2SO_4$ 3. $HNO_3$ 4. NaOH 5. HCl 6. MeOH 7. Zn Ace 8. Other

| Sample I.D. | Sample Type | Container Size | Container Type | Container No. | Sampling By | Sampling Date | Sampling Time | pH | Temp. | Preservation Field | Preservation Lab | Analyses | EMT USE ONLY EMT WORKORDER #20E0796 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Reference | | 3x2 | | | | | | | | | | | 01A |
| (1) Underneath cancellation | | " | | | | | | | | | | | 02A |
| (2) Cancellation | | " | | | | | | | | | | | 03A |
| (3) ceiling half left hand side | | " | | | | | | | | | | | 04A |
| (4) left hand theater | | " | | | | | | | | | | | 05A |
| (5) Top ceiling truss | | " | | | | | | | | | | | 06A |
| (6) left hand front | | " | | | | | | | | | | | 07A |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

| Relinquished By: | Date / Time | Received By: | Date / Time | EMT USE ONLY | |
|---|---|---|---|---|---|
| Relinquished By: [signature] | Date: 5-20-202[illegible] Time: 15:00 | Received By: | Date: - - Time: : | EMT USE ONLY Client Code: | ☐ SAMPLE RECEIVED ON ICE |
| Relinquished By: | Date: - - Time: : | Received By: | Date: - - Time: : | EMT Project I.D. | ☒ TEMPERATURE (Must be recorded if sampling was greater than 6 hrs. prior to sample receipt) |
| Relinquished By: | Date: - - Time: : | Received For Lab By: [signature] | Date: 5-22-20 Time: 12:00 | Jar Lot No. | 24.2 EMT SAMPLE RETURN POLICY ON BACK |

**SPECIAL INSTRUCTIONS:**

Environmental Monitoring and Technologies, Inc.

8100 N. Austin Avenue Morton Grove, IL 60053-3203 P 847.967.6666 800.246.0663 F 847.967.6735 www.emt.com

# *LABORATORY TESTING REQUEST FORM*

**Requested By:** __Arash Hajjam_______ **Date of Request:** _05/20/2020______________

**Email Address:** _arash.hajjam@envistaforensics.com__ **Phone:** __720-966-3904

☒ **Envista** ☐ **AREPA**

**Consultant Address:** __4523 E Kentucky Circle
____Denver CO 80246__

**Phone:** ____________________

**Environmental Monitoring & Technologies**
8100 N. Austin Ave.
Morton Grove, IL 60053-3203
Attention: Tim Witrzek
**twitrzek@emt.com**
PHONE: (847) 967-6666

**Turnaround Time?** ☒ **7-Day** ☐ **3-Day** ☐ **2-Day**

**Reference name or matter for billing:** _MAT-109490_______________

______ **Number of ionic wipe samples (including the control sample)**

**To be tested for:** __x_ Sulfates __x__ Chlorides __x__ Nitrates

____IPC Panel **Sample Size** ___3X2 sq inch_______

Other ______________________________________________

_______ **Number of metal wipe samples (including the control sample)**

**To be tested for:** ____ Iron ____ Lead ____ Copper ____Aluminum

____ Nickel ____Zinc **Sample Size** ______________________

Other______________________________________________

| **Wipe Sample Cost:** | **Seven Day** | **Three Day** | **Two Day** |
|---|---|---|---|
| • Chlorides, Sulfates, Nitrates panel | $108.00/sample | $162.00 | $216.00 |
| • IPC panel | $331.00/sample | $496.00 | $662.00 |

Each additional anion (Fluoride, Nitrite, Bromide or Phosphate) $27 - $33 per sample

• Metal Sample $25 for first metal per sample $50 Rush

$14 for each additional metal (Iron, Lead, Copper, Aluminum, Nickel, Zinc)

**Special Instructions/Comments:**

_______________Samples taken from equipment inside facility after water leak

______________________________________________

______________________________________________

# Sample Receipt Checklist

**Work Order: 20E0796**

**Printed: 5/22/2020 3:15:03PM**

**Client:** **Envista Forensics**
**Project:** **Chloride, Nitrate, Sulfate Panel**

**Date Due:** **Monday, June 1, 2020**

**Received By:** **Keith Wesseling**
**Logged In By:** **Keith Wesseling**

**Date Received:** **05/22/20 12:00**
**Date Logged In:** **05/22/20 15:10**

| | | | |
|---|---|---|---|
| Sample Temperature at Receipt: | **24.2°C** | | |
| How were samples received? | FedEx | | |
| Custody Seals Present | No | | |
| Custody Seals Intact | NA | | |
| Sample Containers Intact | Yes | | |
| COC Present and Complete | No | COC not Received ________ | COC not Complete X |
| COC agrees with Sample Labels | Yes | | |
| Containers Properly Preserved | Yes | | |
| Samples Received Within Holdtime | Yes | | |
| Cooler Temp Within Limits | Yes | | |
| VOA Water Vials Received | No | | |

**Comments**
Client did not put sample date and times on chain.

922
5/22/20