**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| **MARK JAY KRUM**<br>**Plaintiff,**<br>**v.**<br><br>**CHUBB LIMITED;**<br><br>**AND**<br><br>**GREAT NORTHERN INSURANCE COMPANY;**<br><br>**AND**<br><br>**CELIA SANTANA;**<br><br>**AND**<br><br>**DALE KRUPOWICZ;**<br><br>**AND**<br><br>**PERSONAL RISK MANAGEMENT SOLUTIONS, LLC,**<br><br>**Defendants.** | **CASE NO.: 1:20-cv-03616-RM-NRN**<br><br>**PLAINTIFF'S RESPONSE AND OPPOSITION <u>EXHIBITS</u> TO DEFENDANT GNIC's MOTION FOR SJ** |

**PLAINTIFF'S RESPONSE AND OPPOSITION TO DEFENDANT GREAT NORTHERN INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT**

# OPPOSITION EXHIBIT NO. 66
# TONY PIERCE DECLARATION

# DECLARATION

I, Theodore Anthony Pierce (a/k/a Tony Pierce), hereby declare as follows:

1. I am currently living at 146 Brooklyn Circle, Leadville, Colorado 80461. My date of birth is September 9, 1972. I am 50 years old. I have lived in Colorado the last 6 years. I grew up in Northern California near Napa Valley.

2. I work as an independent contractor for ServPro of Summitt, Lake, Park, and Eagle Counties ("ServPro").

3. I was born in Honolulu, Hawaii.

4. I have been working in the residential and commercial construction business for well over twenty-five years. I have managed construction sites for multi-million dollar resident-ial and commercial projects. I have worked in the construction remediation business for well over twenty years. I maintain a current certification with the Institute of Inspection, Cleaning and Restoration Certification ("IICRC"). I had a Class B Contractor's license in California.

5. I know Mr. Tommy V. Le, former General Adjuster for Chubb Insurance ("Mr. Le") professionally.

6. I have worked on hundreds of remediation projects where Chubb provided insurance coverage to the homeowner.

7. I have known Mark Jay Krum ("Mr. Krum") since the morning of Tuesday December 24, 2019, when I was called to his home at 373 Strawberry Park Road, Beaver Creek, Colorado 81620 (the "BC Property") where I was acting as a ServPro Project Manager to assess and begin to mitigate the damage caused by a single failed actuated sprinkler head which in my opinion had earlier that morning released hundreds of gallons of liquid contaminant throughout the residence (the "Insured Event").

8. On Thursday, December 26, 2019, Mr. Le stated to Mr. Krum in my presence: Chubb is not going to have its own expert or a Chubb consultant to assess damage for the BC Property Movie Theater and Home Automation Systems and is going to "rely solely" on Mr. Krum's vendor who developed and installed the Krum Theater and Home Automation Systems (which I know was identified by Mr. Krum and Chubb as the BC Property "THAS").

9. On Thursday, December 26, 2019 Mr. Le had complete access to all the damaged areas of the BC Property. At no time did Mr. Krum restrict Mr. Le's access to any area of the BC Property.

10. I am the same declarant who signed under oath my prior Declarations of March 1, 2020 and April 14, 2020 with regard to the Insured Event, Mr. Krum and the BC Property.

11. The last time I recall speaking to Mr. Krum before the date of this Declaration was in March of 2022.

12. I declare under penalty of perjury under the laws of the United States and the State of Colorado that the foregoing is true and correct.

Executed on March 6, 2023
At Leadville, Colorado

Tony Pierce
The Declarant
146 Brooklyn Circle
Ledaville, CO 80461