**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| **MARK JAY KRUM**<br>**Plaintiff,**<br>**v.**<br><br>**CHUBB LIMITED;**<br><br>**AND**<br><br>**GREAT NORTHERN INSURANCE COMPANY;**<br><br>**AND**<br><br>**CELIA SANTANA;**<br><br>**AND**<br><br>**DALE KRUPOWICZ;**<br><br>**AND**<br><br>**PERSONAL RISK MANAGEMENT SOLUTIONS, LLC,**<br><br>**Defendants.** | **CASE NO.: 1:20-cv-03616-RM-NRN**<br><br>**PLAINTIFF'S RESPONSE AND OPPOSITION EXHIBITS TO DEFENDANT GNIC's MOTION FOR SJ** |

**PLAINTIFF'S RESPONSE AND OPPOSITION TO DEFENDANT GREAT NORTHERN INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT**

# OPPOSITION EXHIBIT NO. 67

**From:** MARK KRUM markjaykrum@aol.com
**Subject:** Re: Insured: Mark Jay Krum-Great Northern Insurance claim 047519042569 Audio Visual Assessment / Krum Response
**Date:** April 29, 2020 at 5:55 PM
**To:** Hajjam, Arash Arash.Hajjam@EnvistaForensics.com
**Cc:** Magnotta, Steven J smagnotta@chubb.com, Dye Crickett Priscilla cricketdesign@bellsouth.net, ejk88@georgetown.edu, US Property Claims uspropertyclaims@chubb.com, Pavluk Mike mike@frankentek.com, Franken J. marc@frankentek.com, Krupowicz Dale KrupowiczD@Theprmspromise.com, Santana Celia SantanaC@Theprmspromise.com, Krum Mark Jay markjaykrum@aol.com, Pierce Tony tonyp@servproofsummit.com, Le, Tommy V tvle@chubb.com, Mortensen, Steve W smortensen@chubb.com, Hamilton, James W jhamilton@chubb.com, Witcher, Matthew matthew.witcher@chubb.com

---

Arash Hajjam, Ph.D., P.E., CFEI
Senior Project Engineer
Envista Forensics

Dear Arash,

It was a pleasure meeting you too. Thank you very much for explaining your role and what you are next planning to do. As agreed, I look forward to seeing you Friday, May 1 at 11 a.m. You have advised that at that time you will be carefully removing (in "heavy duty secure plastic evidence bags") from my Theatre all four California Audio Technology ("CAT") Amplifiers for testing and taking possession and responsibility for all removed equipment. As you requested, I will have Mike Pavluk available at 1:15 Eastern Time if you need him to answer any questions.

As I have on numerous occasions made clear to Chubb, and as I advised you in the presence of Tony Pierce of ServPro yesterday afternoon (Tuesday, April 28), I, as the insured, have no objection to Chubb, J.S. Held or you and your company Envista Forensiscs retaining the services of CAT or any other manufacturer of your choice to inspect the Theatre and the Home Automation Systems, their electronic components and/or equipment, and/or to take physical possession of any equipment. However, as I also made clear to Mr. Danza of J.S. Held on Friday, February 7, 2020 and again on Tuesday morning, March 10, 2020, prior to J.S. Held's inspections commencing for four full days, all responsibility and all liability for said inspections (and for removal of my equipment/components) by J.S. Held, you and Envista Forensics shall and will be borne by Chubb, its agents, you and Envista Forensics. You stated to me yesterday that you clearly understood this assumption of risk in removing and testing of any of my Theatre and Home Automation Systems (the "THAS").

During our conversation yesterday with Mike Pavluk of Frankentek, Tony Pierce and me, you acknowledged that it was completely "professionally inappropriate" for J.S. Held to remove the cover plates of any of my THAS (and expose the electronics) without first contacting the manufacturer(s) (what you called "OEM") and second, doing so in a secure clean room environment, not on the uncleaned

and second, doing so in a secure clean room environment, not on the uncleaned floor and at my reconstruction and demolition site. How does this early misstep by J.S. Held and Anthony Danza and Jeff Tomita affect the validity of your findings? I am very concerned; hasn't this inspection by Chubb and J.S. Held now been compromised and has this blunder by J.S. Held affected the future performance of my THAS without the equipment being replaced?

Pursuant to your request of yesterday, I attach below some of the representative pictures I took of Mr. Danza and Mr. Tomita on March 10 and 11, 2020 where they are taking apart all of the equipment without first obtaining any manufacturers' approval and in the presence of Chubb General Adjusters Tommy Le and Steven Mortensen.

With regard to any further inspection(s) of my CAT speakers, as I told you, I have been requesting since early January 2020 for Chubb to approve the removal of my Theatre fabric, and reimburse me in advance for such removal. As soon as Chubb reaches an agreement with ServPro for the immediate removal of my Theatre fabric you can have immediate access to my CAT speakers under the same conditions as set forth above. Please help me get this expedited. As I have well documented to Chubb, it is imperative that my Theatre must be fully operational by the start of the Christmas Rental Holiday ski season (no later than December 15, 2020).

If I or Frankentek can provide any further information to help in your inspection and findings, please let me know.

I do request that if you speak to CAT and/or any other manufacturer of my THAS that you properly identify who you are and the purpose of your call.

Lastly, this confirms our agreement that you will provide me with an electronic copy of *all* photographs you took at my residence yesterday, April 28.

Thank you.

Mark

Mark Jay Krum

> On Apr 29, 2020, at 6:26 AM, Hajjam, Arash <Arash.Hajjam@EnvistaForensics.com> wrote:
>
> Hi Mark,
> Good morning